UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 06-026 |
| | ) | |
| v. | ) | |
| | ) | |
| PETER R. TURNER, | ) | FILED UNDER SEAL |
| | ) | |
| LATANYA ANDREWS, and | ) | |
| | ) | |
| THELMA LEONARD, | ) | |
| Defendants. | ) | |

FILED
JAN 3 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## GOVERNMENT'S MOTION TO SEAL

The United States, by and through undersigned counsel appearing pursuant to Local Civil Rule 83.2(e) and Local Criminal Rule 44.5(e), respectfully moves this Court to seal the accompanying Indictment, Application for Arrest Warrant, this Motion to Seal, and the sealing Order, until the defendants are in custody or have been released pending trial. In support of its motion, the government states as follows:

The Rules provide that "the magistrate judge to whom an indictment is returned may direct that the indictment be kept secret until the defendant is in custody or has been released pending trial." Fed. R. Crim. P. 6(e)(4). In this case, the public interest requires sealing because premature disclosure of the existence of the indictment could cause the defendants to flee or otherwise attempt to avoid arrest. Premature disclosure may also result in increased danger to those assigned to affect the arrest. Under these circumstances, it is reasonable to conclude that the indictment should be sealed until the arrest teams have located the defendants. This should occur in the near future. At the first presentment in this case, the government will move to unseal the indictment. This procedure represents a reasonable balance between the common law

2

qualified right of access to judicial records and the government's compelling interest in preserving the integrity of a federal criminal investigation and the safety of its investigators. See In the Matter of Eyecare Physicians of America, 100 F.3d 514, 517 (7th Cir. 1996); In the Matter of the Application and Affidavit for a Search Warrant, The Washington Post Co. v. Hughes, 923 F.2d 324, 326-327 (4th Cir. 1991).

WHEREFORE, the government respectfully requests that the Court enter an Order sealing the Indictment in the above-captioned matter, this Motion to Seal, and the Court's Order to seal until further Order of the Court.

Respectfully submitted,

ANDREW LOURIE
Acting Chief, Public Integrity Section

By: _____
DANIEL A. PETALAS
ANN C. BRICKLEY
Trial Attorneys
Public Integrity Section
Criminal Division
U.S. Department of Justice
10th and Constitution Ave. NW
Washington, DC 20530
202-514-1412
202-514-3003 (facsimile)