UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 06-026 |
| ) | |
| v. ) | |
| ) | **FILED** |
| PETER R. TURNER, ) | |
| ) | JAN 3 1 2006 |
| LATANYA ANDREWS, and ) | |
| ) | NANCY MAYER WHITTINGTON, CLERK |
| THELMA LEONARD, ) | U.S. DISTRICT COURT |
| Defendants. ) | |

ORDER

Upon consideration of the Government's Motion to Seal and for good cause shown, it is HEREBY ORDERED that the Government's Motion to Seal shall be, and hereby is, GRANTED, and that the Indictment, the Application for Arrest Warrant, this Motion to Seal, and the sealing Order shall remain under seal until further order of the Court.

Dated January 31, 2006

_____
UNITED STATES MAGISTRATE JUDGE