IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 06-026 (CKK) |
| v. ) | |
| ) | |
| PETER R. TURNER, ) | Government's Motion to Unseal |
| ) | |
| LATANYA ANDREWS, and ) | FILED |
| ) | |
| THELMA LEONARD, ) | FEB 0 8 2006 |
| Defendants. ) | |
| ) | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

## MOTION TO UNSEAL

Comes now the United States, by and through its undersigned counsel, and respectfully moves this Court to unseal the above-captioned indictment, arrest warrants, motion to seal, and sealing order. On January 31, 2006, Magistrate Judge Deborah A. Robinson granted the Motion to Seal of the United States, ordering that the above-captioned Indictment, arrest warrants, motion to seal, and sealing order be sealed pending the arrest of PETER R. TURNER and LATANYA ANDREWS. TURNER and ANDREWS were arrested on February 8, 2006 and will be brought before the court today.

Wherefore, the Government respectfully requests that the Court grant the instant motion to unseal the above-referenced indictment, arrest warrants, motion to seal, and sealing order.

A proposed order is attached.

DATED: February 8, 2006

ANDREW LOURIE
Acting Chief
Public Integrity Section

_____
DANIEL A. PETALAS
DC Bar No. 467908
ANN C. BRICKLEY
Trial Attorneys
Public Integrity Section
Criminal Division
U.S. Department of Justice
10th St. and Constitution Ave. NW
Washington, DC 20530
Dan.Petalas@usdoj.gov
Ann.Brickley@usdoj.gov