# WARRANT FOR ARREST

1118577

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>PETER R. TURNER<br><br>DOB:                    PDID: | DOCKET NO:<br>06-026-01 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Peter R. Turner<br>Address 1:<br>Address 2: | |
| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST | **FILED** |
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | FEB 0 8 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

SEALED

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Conspiracy and Bribery

**IN VIOLATION OF:**   UNITED STATES CODE TITLE & SECTION:
18 U.S.C. § 371; 18 U.S.C. § 201

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: | SIGNATURE JUDGE/MAGISTRATE JUDGE<br>DEBORAH A. ROBINSON<br>U.S. MAGISTRATE JUDGE | DATE ISSUED:<br>JAN 31 2006 |
| CLERK OF COURT: | BY DEPUTY CLERK: | DATE:<br>1/31/06 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 2/8/06 | Buck, Bucky DUSM | |
| HIDTA CASE:  Yes  No | | OCDETF CASE:  Yes  No |