UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Crim. No. 06-026-01 (CKK) |
| | ) |
| | ) |
| **PETER TURNER, et al.,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**DEFENDANT'S MOTION FOR  MODIFICATION OF CONDITIONS OF RELEASE**

Defendant, Peter Turner, by and through the undersigned attorney, respectfully requests that the Court modify his present conditions of pretrial release to permit him to travel beyond a fifty mile radius of the Washington, D.C. Metropolitan Area  in order to personally obtain financial records which are material and necessary to the preparation of his defense in this case. .       1.  On February 9, 2006, Mr. Turner was arraigned before Magistrate Judge Alan Kay on a three count indictment in which he is charged in Counts One with Conspiracy to Defraud a Federal Employee Group Life Insurance (FEGLI) provider [Title 18, U.S.C. Sec. 371] and, in Count Three with Bribery of a Public Official [Title 18, U.S.C. Sec. 201].  On that date, Magistrate Judge Kay ordered Mr. Tucker's release on personal recognizance bond, on the condition that he not travel beyond a 50-mile radius of the District of Columbia without permission of the Court.

2.  Among the indictment's allegations of fact, is the claim that Mr. Turner paid monies to the co-defendants by personal check drawn on federally insured credit union accounts.  Because as a usual and customary practice, these financial institutions **do not** return copies of negotiated demand instrument to its customers, in order for the defendant to obtain the necessary records, he must **personally** request copies of these checks at the payee branches where his accounts are located.  For

this reason, Mr. Turner hereby requests a modification of his travel restrictions to permit him to travel outside a 50-mile radius of the District of Columbia on the itinerary described below:

> **Between Monday, February 27, 2006 to March 5, 2006:**
> **Pentagon Federal Credit Union, 61 Moonhill Lane, Willingboro, NJ  08046.**

> **Between Monday, March 6, 2006 to Friday, March 1`0, 2006:**
> **Citadel Federal Credit Union, Emporia, Virginia**

Mr. Turner will be accessible via his cellular telephone (240-463-8987) at all times during his travel outside of the Washington, D.C., Metropolitan Area and will report to the Pretrial Services Agency by telephone, as otherwise required by his current release order .

 This request was placed on the record as an oral motion at the Status Conference held in this case on February 16, 2006.   At that time, Government counsel expressed  that it had no opposition to defendant's request for a modification of the travel restrictions imposed by his pretrial release conditions for the limited purposes stated above.

WHEREFORE, defendant moves the Court to grant him the requested relief.

> Respectfully submitted,
> James W. Rudasill Jr. #31811
> Counsel for Peter Turner
> 601 Indiana Avenue, N.W. Ste. 500
> Washington, D.C., 20004

## CERTIFICATE OF SERVICE

_____I hereby certify that a copy of the foregoing Motion for Modification of Pretrial Release was served by mail to Daniel Petalas and Ann Brickley, Trial Attorneys, U.S. Department Justice, Criminal Division - Public Integrity Section, 1400 New York Ave., N.W., Washington, D.C., 20005.

_____
James W. Rudasill, Jr.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**            )
                                        )
         **v.**                         ) **Crim. No. 06-026-01 (CKK)**

|   |   |
|---|---|
| **PETER TURNER, et al.,** | ) ) ) ) |
| **Defendant.** | ) ) ) ) |
| _____ | ) |

### ORDER

In consideration of the defendant's Motion for Modification of Release Conditions to permit limited travel outside the District of Columbia during the period of February 27, 2006, through March 10, 2006 in order to obtain financial records necessary for the preparation of his defense, and in consideration of the fact that Government's attorneys have expressed that the United States has no opposition to this request, and it further appearing to the Court's that the Government will not be prejudice by the granting of such relief, it is hereby

**ORDERED**, the Court's the Conditional Release Order issued on February 9, 2006 is **MODIFIED to permit the DEFENDANT to travel to Willingboro, New Jersey and Emporia, Virginia, commencing on February 27, 2006 through March 10, 2006 in order to obtain financial records material to the defense. No other condition or requirement of the Court's February 9, 2006 Order securing the defendant's release is affected by this Order.**

SO ORDERED.                                        _____
                                                                **COLLEN KOLLAR KOTELLY**
                                                                United States District Judge


cc: James W. Rudasill, Jr., Esq.

Daniel Petalas, Trial Attorney
Anne Brickley, Trial Attorney
U.S. Department Justice, Criminal Division - Public Integrity Section,
1400 New York Ave., N.W.,
Washington, D.C., 20005.

Pretrial Services Agency

US District Court Supervision
attn: Mr. Gillespie