UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. 06-026-01 (CKK) |
| | ) |
| PETER TURNER, et al., | ) |
| | ) |
| Defendant. | ) |

## ORDER

In consideration of the defendant's Motion for Modification of Release Conditions to permit limited travel outside the District of Columbia during the period of February 27, 2006, through March 10, 2006 in order to obtain financial records necessary for the preparation of his defense, and in consideration of the fact that Government's attorneys have expressed that the United States has no opposition to this request, and it further appearing to the Court's that the Government will not be prejudice by the granting of such relief, it is hereby

**ORDERED**, the Court's the Conditional Release Order issued on February 9, 2006 is **MODIFIED** to permit the **DEFENDANT** to travel to Willingboro, New Jersey and Emporia, Virginia, commencing on February 27, 2006 through March 10, 2006 in order to obtain financial records material to the defense. No other condition or requirement of the Court's February 9, 2006 Order securing the defendant's release is affected by this Order. *CKK Defendant shall contact Pretrial Services upon his return.*

SO ORDERED.

_____
COLLEN KOLLAR KOTELLY
United States District Judge

2/22/06

cc: James W. Rudasill, Jr., Esq.

Daniel Petalas, Trial Attorney
Anne Brickley, Trial Attorney
U.S. Department Justice, Criminal Division - Public Integrity Section,
1400 New York Ave., N.W.,
Washington, D.C., 20005.

Pretrial Services Agency