# EXHIBIT A

General Court-Martial Order No. 16 (dated Apr. 1, 1972)
[BATES Nos. 3413-3414]

United States of America v. Peter R. Turner, et al., 06-CR-026 (CKK)
Government's Reply Brief in Support of its Motion
to Admit Evidence under Rule 404(b) (filed July 7, 2006)

```
GENERAL COURT-MARTIAL ORDER                                    1 April 1972
NUMBER                  16
```

Before a general court-martial which assembled at Long Binh Post, Republic of Vietnam, pursuant to Court-Martial Convening Order Number 292, this headquarters, dated 1 October 1971, as amended by Corr. Court-Martial Convening Order Number 335, this headquarters, dated 21 December 1971, as further amended by Court-Martial Convening Order Number 5, this headquarters, dated 20 January 1972, was arraigned and tried:

Specialist Five Peter R. Turner, Jr.,          , US Army, Headquarters and Headquarters Company, 266th Supply and Service Battalion (DS), APO San Francisco 96491

Charge I: Violation of the Uniform Code of Military Justice, Article 121

Specification: In that Specialist Five **Peter Robert** Turner, US Army, Headquarters and Headquarters Company, 266th Supply and Service Battalion (Direct Support), did, at Long Binh Post, Republic of Vietnam, on or about 6 September 1971, steal 1,920 flashlights, of a value of $3,340, the property of the United States Government.

Charge II: Violation of the Uniform Code of Military Justice, Article 134

Specification: In that Specialist Five Peter Robert Turner, US Army, Headquarters and Headquarters Company, 266th Supply and Service Battalion (Direct Support), did, at Long Binh Post, Republic of Vietnam, on or about 1300 hours, 6 September 1971, wrongfully and unlawfully offer to Staff Sergeant Frederick R. Moses, a person then in the execution of Military Police duties, the sum of $300.00, with intent to influence the action of the said Staff Sergeant Frederick R. Moses, with respect to an Official matter in which the United States was and is interested, to wit: the apprehension and investigation of the said Specialist Five Peter Robert Turner, on or about 6 September 1971, for larceny of 1,920 flashlights, of a value of $3,340, the property of the United States Government.

### PLEAS

Not guilty to both Charges and Specifications.

### FINDINGS

Of the Specification of Charge I: Guilty, except that the figure "$3,340.00," substituting therefor, the words, "of a value of more than $100.00, of the excepted figure Not Guilty, of the substituted words, Guilty.

Of Charge I: Guilty

Of the Specification of Charge II and Charge II: Guilty.

428C04                                                    003413

To forfeit all pay and allowances, To be confined at hard labor for 1 year, To be discharged from the service with a bad conduct discharge, and To be reduced to the grade of Private E-1. (No previous convictions considered).

The sentence was adjudged on 21 January 1972.

ACTION
DEPARTMENT OF THE ARMY
HEADQUARTERS, US ARMY SUPPORT COMMAND, SAIGON
APO SAN FRANCISCO 96491

1 April 1972

n the foregoing case of Specialist Five Peter R. Turner,          US Army, eadquarters and Headquarters Company, 266th Supply and Service Battalion (Direct upport), APO San Francisco 96491, the sentence is approved. The forfeitures shall pply to pay and allowances becoming due on and after the date of this action. The ecord of trial is forwarded to The Judge Advocate General of the Army for review y the Court of Military Review. Pending completion of appellate review, the ccused will be confined in the United States Disciplinary Barracks, Fort Leavenworth, ansas, or elsewhere as competent authority may direct.

/s/Daniel Vance
/t/ DANIEL VANCE
    Brigadier General, USA
    Commanding

 COMMAND OF BRIGADIER GENERAL VANCE:

FICIAL:                                JOHN W. KIMMAN
                                       Colonel, GS
*Clarke Kendall II*                    Chief of Staff
CLARKE KENDALL, II
T, JAGC
ting Asst AG

STRIBUTION:
-SP5 Peter R. Turner, USDB, Ft. Leavenworth, Kansas         10-TJAG-DA, Wash., D.C.
-COL Nichols, MJ, USA Judiciary, HQ, MACV, APO S.F. 96222      20310 (Incl R/T)
-CPT Mason, TC, USASUPCOM, SGN, APO S.F. 96491              15-SJA, USASUPCOM, SGN,
-1LT White, DC, USASUPCOM, SGN, APO S.F. 96491                 APO S.F. 96491
-CO, HHC, 266th S&S Bn (DS), APO S.F. 96491                 12-Cmdt, USDB, Ft. Leaven-
-CO, 266th S&S Bn (DS), APO S.F. 96491                         worth, Kansas
-CO, 29th Gen Spt Gp, APO S.F. 96491                        10-Conf Off, USARVIS, APO
-CG, USASUPCOM, SGN, APO S.F. 96491                            S.F. 96491
-CG, USARV, ATTN: AVHPM-PC, APO S.F. 96375
-CO, USA Per Svc Cnt, Ft. Ben Harrison, IN 46249
 Fin Off, Central Finance, APO S.F. 96491
-Pers Off, 537th PSC, APO S.F. 96491                        003414
 TPMG-DA, Wash., D.C., 20315

2