# EXHIBIT C

DD Form 1479, Prisoner Assignment and
Clemency Board Action (dated May 31, 1972)
[BATES Nos. 3417-3419]

United States of America v. Peter R. Turner, et al., 06-CR-026 (CKK)
Government's Reply Brief in Support of its Motion
to Admit Evidence under Rule 404(b) (filed July 7, 2006)

| PRISONER ASSIGNMENT AND CLEMENCY BOARD ACTION | | HQDA (PRDB) Fort Leavenworth, Kansas | |
|---|---|---|---|
| LAST NAME - FIRST NAME - MIDDLE INITIAL | SERVICE NUMBER | SERVICE NUMBER | BR OF MILITARY SERV |
| TURNER, Peter Robert Jr. | 52230 | 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 | Army |
| PURPOSE OF BOARD ACTION | | | DATE OF BOARD ACTION |
| Initial Clemency Consideration and Program Review | | | 17 May 72 |

CONTENTS

1. ASSIGNMENT PROGRAM
   A. CUSTODY
   B. QUARTERS
   C. TRAINING
   D. WORK
   E. SPECIAL TREATMENT PROGRAM
   F. PLANNED DISPOSITION
   G. COMMENTS

2. DISPOSITION
   A. RESTORATION
   B. CLEMENCY
   C. PAROLE
   D. TRANSFER

1. **ASSIGNMENT PROGRAM**.

   a. Custody.--No change, Minimum A.

   b. Quarters.--Parolee Section.

   c. Training.--He has passed the high school GED test and is attending a class in Physical Geography. He is also taking a USAFI course in college English.

   d. Work.--No change, Detail 012, Screen Process Print Shop.

   e. Special Treatment Program.--Recommend the forfeiture of pay and allowances in excess of $120.00 per month be suspended. His adjustment is outstanding and his family needs financial assistance.

   f. Planned Disposition.--The recommended program is planned on the basis of preparation for return to civilian life.

   g. Comments.--There are no indicated changes in the psychiatric examination previously reported, 14 March 1972.

2. **DISPOSITION**.

Restoration.--Not desired. The disadvantages of a Bad Conduct Discharge were thoroughly explained to him prior to the board proceedings.

Clemency.-- Members voting for clemency, 4; against, 1. Four members of the board recommend remission of his sentence to confinement in excess of nine months. Turner is making an outstanding adjustment in all areas. Maximum benefits from confinement will be achieved prior to his curren

| DATE | TYPED NAME AND GRADE OF MEMBER | SIGNATURE |
|---|---|---|
| 22 May 72 | WELDON J. HAHN  Civilian | |
| 22 May 72 | NORMAN D. HESS  Major, USAF | |

RECOMMENDATION OF COMMANDER

Assignment Program: Approved.

Disposition: My recommendations are as follows:
   Clemency. Concur with the majority vote of the Disposition Board. Turner has adjusted well, is not a chronic offender, and will receive the maximum benefits from confinement prior to his current minimum releas date.

| DATE | TYPED NAME AND GRADE OF COMMANDER | SIGNATURE |
|---|---|---|
| 31 May 72 | HOMER R. SPRINKLE  Colonel, MPC | |

DD FORM 1479

00341

003418

| NOTICE OF CHANGE - PRISONERS | | DATE OF CHANGE | | |
|---|---|---|---|---|
| | | 22 Aug 72 | | ☐ INITIAL ☐ CORRECTIVE |
| TO: | | FROM: U.S. DISCIPLINARY BARRACKS FORT LEAVENWORTH, KANSAS | | |

| LAST NAME - FIRST NAME - MIDDLE INITIAL | SERVICE NUMBER/SSAN | PRISONER NUMBER | BRANCH OF SERVICE |
|---|---|---|---|
| TURNER, PETER ROBERT JR. | 278 60 8620 | 52230 | Army |

| STATUS OF DISCHARGE | ORDER NUMBER AND DATE | ISSUING HEADQUARTERS |
|---|---|---|
| ☐ EXECUTED ☒ NOT EXECUTED BCD | GO 163, 16 Aug 72 | USDB FT LEAVENWORTH, KANSAS |

Other: Returned to Duty, pending Completion of Appellate Review

8 SEP 1972

Date Released: 21 Aug 72
Current Expiration Date: 22 Aug 72

NEAL B HARRISON
Director of ___

DA FORM 2599

003419