# EXHIBIT D

General Court Martial Order No. 1437 (dated Dec. 14, 1972)
[BATES No. 3416]

United States of America v. Peter R. Turner, et al., 06-CR-026 (CKK)
Government's Reply Brief in Support of its Motion
to Admit Evidence under Rule 404(b) (filed July 7, 2006)

DEPARTMENT OF THE ARMY
UNITED STATES DISCIPLINARY BARRACKS
Fort Leavenworth, Kansas 66027

GENERAL COURT-MARTIAL ORDER                       14 December 1972
NUMBER 1437

In the general court-martial case of Specialist Five Peter R. Turner, Jr., US Army, Headquarters and Headquarters Company, 266th Supply and Service Battalion (DS), APO San Francisco 96491, the sentence to bad conduct discharge, forfeiture of all pay and allowances becoming due on and after the date of the convening authority's action (unapplied forfeitures in excess of $120.00 pay per month suspended until the sentence ordered executed by General Court-Martial Order Number 649, this headquarters, dated 8 June 1972), confinement at hard labor for 1 year, and reduction to the grade of Private E-1, adjudged 21 January 1972, as promulgated in General Court-Martial Order Number 16, Department of the Army, Headquarters US Army Support Command, Saigon, APO San Francisco 96491, dated 1 April 1972, has been affirmed pursuant to Article 66. The provisions of Article 71(c) having been complied with, the sentence will be duly executed, but by order of the Secretary of the Army, dated 26 June 1972, so much of the sentence to confinement as is in excess of nine months, was remitted.. That portion of the sentence pertaining to confinement has been served and the accused was restored to duty pending completion of appellate review on 22 August 1972 and the application of that portion of the sentence pertaining to forfeitures was deferred during the period 22 August 1972, to the date of this order, pursuant to General Court-Martial Order Number 988, this headquarters, dated 22 August 1972. (Accused is presently a member of Correctional Holding Detachment, United States Disciplinary Barracks, Fort Leavenworth, Kansas, on excess leave without pay).

BY ORDER OF COLONEL O'KIER:

OFFICIAL:

*Sandy T. Tucker*

SANDY T. TUCKER
Captain, JAGC
Asst Adjutant

(CM 428004)

DISTRIBUTION:
1 - Acc Turner, 5324 Wayne Avenue, Philadelphia, PA 19144
14- IP USDB
1 - Comdt
1 - DC USDB
2 - Hq Files
3 - Fin O
10- TJAG DA
2 -TPMG DA

DOYLE T. CRAIGHEAD
LTC, MPC
Chief of Staff

1 - Ch DAD USA Jud
1 - CDR USA Per Svc Spt Cen, ATTN:AGPE-
1 - TSO FC USA
1 - CDR Fifth US Army
2 - CHD USDB
2 - CDR USASUPCOM, SGN, APO SF 96491

OFFICE OF THE JUDGE ADVOCATE GENERAL
To: The Provost Marshal General
Correction Division

This order accurately reflects the final action duly taken pursuant to appellate review

1 NOV 1974

OFFICE OF THE JUDGE ADVOCATE GENERAL