UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   v.<br><br>PETER R. TURNER, LATANYA ANDREWS, and THELMA LEONARD,<br><br>   Defendants. | Crim. Action No. 06-0026 (CKK) |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 12th day of July, 2006, hereby

**ORDERED** that, based on the present record, [23] the Government's Notice of Intent to Introduce Evidence Under Rule 404(b), Pre-Trial Motion to Admit Such Evidence, and Memorandum of Law in Support is DENIED-IN-PART WITHOUT PREJUDICE. Specifically, the Court – pursuant to its discretion following an analysis of the contours of Federal Rule of Evidence 404(b) and the balancing test established by Federal Rule of Evidence 403 – concludes that the Government may not introduce in its case-in-chief evidence of Defendant Turner's January 21, 1972 court martial conviction under an exception to the "other crimes, wrongs, or acts" prohibition contained within Rule 404(b).

**SO ORDERED**.

             /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge