UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff(s) )<br>)<br>) Civil No. 06-026 (CKK)<br>)<br>v. )<br>)<br>01-PETER R. TURNER )<br>02-LATANYA ANDREWS )<br>Defendant(s) ) | **FILED**<br>JUL 28 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**Counsel's Acknowledgments Concerning Trial Exhibits**

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the courtroom deputy and have agreed on what exhibits will be submitted to the jury during deliberations.

_____
Ann Brickley and/or Daniel Petalas

_____
James Rudasil, Counsel for defendant Peter R. Turner

_____ 7/28/06
Nathan Silver, Counsel for defendant LaTanya Andrews

7/28/06
_____
Date