UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Case No. 06 - 026-01 (CKK) |
| | * | |
| PETER TURNER | * | |

FILED
JUL 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### BENCH CONFERENCE WAIVER

Defendant, PETER TURNER, after having been advised by counsel of the right to be present all meaningful stages of the trial as guaranteed by the Sixth Amendment to the United States Constitution, do hereby voluntarily waives his right to be physically present during all bench conferences, including at bench conferences during the voir dire (jury selection) process and throughout the trial. Defendant further acknowledges that he has been advised by the Court and counsel, that he will be provided headphones to enable him to listen to all bench conferences utilizing the audio-monitoring system in the courtroom.

_____   date 7/24/06
Peter Turner

_____
James W. Rudasill, Jr. Bar # 318113
717 D Street, NW Suite 310
Washington, D.C. 20004
(202) 783-7908
Counsel for Defendant Turner