# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | CRIMINAL NO. 06-026 (CKK) |
| vs. | ) | |
| | ) | |
| | ) | **FILED** |
| | ) | |
| 01-PETER R. TURNER | ) | JUL 3 1 2006 |
| 02-LATANYA ANDREWS | ) | |
| | ) | NANCY MAYER WHITTINGTON, CLERK |
| Defendant(s) | ) | U.S. DISTRICT COURT |

## NOTE FROM JURY

CAN 1 DEFENDANT BE FOUND GUILTY OF A
CONSPIRACY AND THE OTHER FOUND NOT GUILTY?
ALSO WITH THE BRIBERY CHARGE?

DATE: 7/31/06

TIME: 10:58 AM    FOREPERSON

July 31, 2006

Dear Jurors,

In response to your jury note, the answer to both questions is "yes".

Judge CKollar-Kotelly

**FILED**

JUL 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
) CRIMINAL NO. 06-026 (CKK)
vs. )
)
) **FILED**
)
) JUL 3 1 2006
01-PETER R. TURNER )
02-LATANYA ANDREWS ) NANCY MAYER WHITTINGTON, CLERK
) U.S. DISTRICT COURT
Defendant(s) )

## NOTE FROM JURY

We are going break (10 minutes)
at 11:30 Am.

DATE: 7/31/06

TIME: 11:30 Am    FOREPERSON

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
)                CRIMINAL NO. 06-026 (CKK)
vs. )
)
)
)
01-PETER R. TURNER )
02-LATANYA ANDREWS )
)
Defendant(s) )

**FILED**

JUL 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTE FROM JURY

_Your Honor,_
_We are taking a 15 minute break._

DATE: 7/31/06

TIME: 2:52          FOREPERSON

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | CRIMINAL NO. 06-026 (CKK) |
| vs. | ) | |
| | ) | |
| | ) | |
| | ) | **FILED** |
| 01-PETER R. TURNER | ) | |
| 02-LATANYA ANDREWS | ) | JUL 3 1 2006 |
| | ) | |
| Defendant(s) | ) | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

### NOTE FROM JURY

*[Handwritten:]* Your Honor,

Was the report of Agent Shantell Roberson entered into evidence and would we be able to review this document?

Is there any information regarding Marvin and Thelma Leonard available for review?

DATE: 7/31/06

TIME: 3:25 PM.    FOREPERSON _____

July 31, 2006

Dear Jurors,

This is in response to your two questions submitted on Monday, July 31, 2006.

1.) As to a written report by Special Agent Robinson, no written report was admitted into evidence.

2.) As to the Leonards, the Court cannot answer that question. You have all of the exhibits admitted into evidence and you will have to rely on your own memory as to the testimony of the witnesses.

/s/ Colleen Kollar-Kotelly

COLLEEN KOLLAR-KOTELLY
United States District Judge

**FILED**

JUL 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
) CRIMINAL NO. 06-026 (CKK)
vs. )
)
)
) **FILED**
01-PETER R. TURNER )
02-LATANYA ANDREWS ) JUL 3 1 2006
)
Defendant(s) ) NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTE FROM JURY

Your Honor,

We have reached a verdict

DATE: 7/31/06

TIME: 4:46 P.M.    FOREPERSON