IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| PETER R. TURNER | : | Criminal No. 06-026-01 (CKK) |
| | : | |
| Defendant. | : | |
| | : | |

## VERDICT FORM

1.    How do you find the defendant, Peter R. Turner, as to Count One of the Indictment,
Conspiracy?

Guilty ___X___    Not Guilty _____

A.    In so finding, we the jury unanimously agreed that defendant Peter R. Turner
conspired to commit at least one of the following four objects alleged in Count One
*(select all that apply)*:

a. To Defraud the United States:    Guilty __X__    Not Guilty _____

b. To Commit Mail Fraud:    Guilty __X__    Not Guilty _____

c. To Demand, Seek, or Receive a Bribe:    Guilty _____    Not Guilty __X__

d. To Give, Offer, or Promise a Bribe:    Guilty __X__    Not Guilty _____

Page 2 - Verdict Form, 06cr026-01

    **B.**    As to Count One of the Indictment, Conspiracy, are you unanimous on at least one overt act?

                    Yes _X_      No _____

**2.**    How do you find the defendant, Peter R. Turner, as to Count Three of the Indictment, Giving, Offering, or Promising a Bribe?

                    Guilty _X_      Not Guilty _____

_7/31/06_
**Date**

_____
**Foreperson**