UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>        v.<br><br>PETER R. TURNER and<br>LATANYA ANDREWS,<br><br>    Defendants. | Criminal Action No. 06-26 (CKK) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 24th day of October, 2006, hereby

**ORDERED** that Defendant Peter R. Turner's Motion for Judgment of Acquittal Pursuant to F.R.Crim.P. 29(b) and (c) shall be DENIED; it is also

**ORDERED** that Defendant LaTanya Andrews' Motion for Directed Verdict Pursuant to F.R.Crim.P. 29(b) and (c) shall be DENIED.

**SO ORDERED**.

                                      /s/
                            COLLEEN KOLLAR-KOTELLY
                            United States District Judge