UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff : | |
| : | CRIMINAL NO. 06-026-01 |
| vs. : | Judge Colleen Kollar-Kotelly |
| : | |
| PETER R. TURNER : | |
| : | |
| Defendant : | |

## ORDER

The Probation Office shall file its Presentence Report by no later than <u>JANUARY 12, 2007</u>.

The Parties shall file its Memorandum in Aid of sentencing by no later than <u>JANUARY 26, 2007</u>; and it is further;

ORDERED that a written notice of appearance regarding sentencing on <u>FEBRUARY 9, 2007 AT 11:00 A.M.</u>, shall be signed by defendant and filed by counsel no no later than <u>NOVEMBER 3, 2006</u>; and it is further;

ORDERED that the defendant shall be sentence in Courtroom #28A on the Sixth Floor on <u>FEBRUARY 9, 2007 AT 11:00 A.M.</u>

IT IS DO ORDERED,

Date: O,D. 26, 2006

Colleen Kollar-Kotelly
United States District Judge

cc: Chambers
File
Courtroom Clerk
Pretrial
Probation
James W. Rudasill, Jr., 717 D Street, NW, Suite 310, Washington, DC 20004
Ann Brickley and Daniel Petalas, U.S. Department of Justice