UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )( | |
| )( | Criminal No. 06-026-01 |
| v.   )( | Judge Kollar-Kotelly |
| )( | Sentencing: March 30, 2007 |
| PETER TURNER   )( | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW the defendant, Peter Turner, by and through undersigned counsel, and respectfully moves this Honorable Court to continue his sentencing in this case for thirty (30) days. Mr. Turner makes this request because he has recently been appointed new counsel who is not familiar with his case. In support of this motion, Mr. Turner would show:

1. On July 31, 2006, a jury found Peter Turner guilty in this case on one count of conspiracy (18 U.S.C., Section 371) and one count of bribery (18 U.S.C., Section 210(b)(1)). Sentencing is currently set for March 30, 2007.

2. On approximately February 25, 2007, undersigned counsel was appointed to represent Mr. Turner. Counsel took the case over from the attorney who had represented Mr. Turner at trial. Previous counsel has turned over the file to undersigned counsel. It consists of two full banker boxes of materials.

3. Mr. Turner suffers from a host of health problems. Because of this he has only been able to meet with undersigned counsel one time. This was on March 20, 2007.

4. Because undersigned counsel is not yet properly familiar with the case and with Mr. Turner's personal circumstances and history, counsel is not prepared to go forward with sentencing on March 30, 2007.

5.      On March 26, 2007, undersigned counsel spoke with Assistant United States Attorneys Daniel Petalas and Ann Brinkley.  Mr. Petalas and Ms. Brinkley graciously indicated that the government has no opposition to Mr. Turner's motion to continue the sentencing in this case.

WHEREFORE, the defendant, Peter Turner, moves this Honorable Court to continue the sentencing in this case by approximately thirty (30) days to a date that is agreeable to the Court and the parties.

Respectfully submitted,

_____/s/_____
Jerry Ray Smith
D.C. Bar # 448699
Counsel for Peter Turner
717 D Street, N.W.
Suite 400
Washington, D.C. 20004
Phone: (202) 347-6101