UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | )( | |
| | )( | **Criminal No. 06-026-01** |
| v. | )( | **Judge Kollar-Kotelly** |
| | )( | **Sentencing: March 30, 2007** |
| **PETER TURNER** | )( | |

### ORDER

The Court having considered the Unopposed Motion to Continue Sentencing filed by the defendant, Peter Turner, it is, this ____ day of _____, 2007, hereby

**ORDERED** that the motion is granted, and it is further

**ORDERED** that the sentencing in this case shall be continued to _____, 2007.

_____
Colleen Kollar-Kotelly
United States District Judge