UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Judge Colleen Kollar-Kotelly |
| : | Criminal Action No. 06cr026-01 |
| PETER TURNER : | |
| : | **FILED** |
| Defendant : | |
| : | MAR 2 6 2007 |

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This Court having considered the [79] *Unopposed Motion to Continue Sentencing* filed by the defendant, Peter Turner, it is this 26 day of March, 2007, hereby

**ORDERED** that the Motion is Granted; it is

**FURTHER ORDERED** that the sentencing date of March 30, 2007, is vacated, and the case shall be continued for sentencing on May 10, 2007, at 9:00 a.m. in Courtroom 28A; it is

**FURTHER ORDERED** that defense counsel shall file with the Court the attached *Notice* of return for this Sentencing Date signed by the defendant, Peter Turner; and it is

**FURTHER ORDERED** that by no later than April 13, 2007, defense counsel may file a memorandum in aid of sentencing, and the government may respond by no later than April 20, 2007.

_____
**COLLEEN KOLLAR-KOTELLY**
United States District Judge

AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

| FOR THE | DISTRICT | COLUMBIA |

UNITED STATES OF AMERICA

v.

PETER TURNER

NOTICE

CASE NUMBER: 06cr026-01

TYPE OF CASE:

☐ CIVIL   X CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING -** *I acknowledge that sentencing in this case has been continued and that I shall return to Court on May 10, 2007, at 9:00 a.m. as stated below.*

_____   _____
PETER TURNER                              Date

X TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom 28A | MARCH 30, 2007, at 11:30 a.m. | MAY 10, 2007, at 9:00 a.m. in Courtroom 28A |

*[signature]*
COLLEEN KOLLAR-KOTELLY, U.S. DISTRICT JUDGE

March 26, 2007
DATE

*[signature: Dorothy Jones Patterson]*
(BY) DEPUTY CLERK

TO:   *Defendant to sign and return to:*
Clerk's Office
U.S. District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001