UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )( | |
| )( | **Criminal No. 06-026-01** |
| v.    )( | **Judge Kollar-Kotelly** |
| )( | **Sentencing: May 10, 2007** |
| PETER TURNER    )( | |

## NOTICE OF FILING

COMES NOW the defendant, Peter Turner, by and through undersigned counsel, and respectfully notifies this Honorable Court that he is electronically filing the attached Notice to Return to Court, which has been signed by him. In support of this Notice of Filing, Mr. Turner would show that:

1.  The sentencing hearing in this case was originally scheduled for March 30, 2007.

2.  Upon Mr. Turner's motion, the sentencing date was continued to May 10, 2007.

3.  So that Mr. Turner would not have to come to court on March 30, 2007 to simply sign a notice to reappear on May 10, 2007, the Court sent undersigned counsel a copy of the attached Notice to Return to Court (Notice) and instructed counsel to file that Notice once he got Mr. Turner to sign it.

4.  Mr. Turner has signed the Notice, and the Notice is now being filed on April 16, 2007. Attachment, Notice.

WHEREFORE, the defendant, Peter Turner, notifies this Honorable Court that he is now electronically filing the signed Notice to Return to Court, instructing him to appear in court on May 10, 2007.

        Respectfully submitted,

        _____/s/_____
        Jerry Ray Smith
        D.C. Bar # 448699
        Counsel for Peter Turner
        717 D Street, N.W.
        Suite 400
        Washington, D.C. 20004
        Phone: (202) 347-6101