Case 1:06-cr-00026-CKK   Document 81   Filed 03/28/2007   Page 2 of 2

AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT _____ COLUMBIA

UNITED STATES OF AMERICA

V.

PETER TURNER

**NOTICE**

CASE NUMBER: 06cr026-01

TYPE OF CASE:
☐ CIVIL    X CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING** - *I acknowledge that sentencing in this case has been continued and that I shall return to Court on May 10, 2007, at 9:00 a.m. as stated below.*

X ___[signature]___        4-12-07
   PETER TURNER             Date

X TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom 28A | MARCH 30, 2007, at 11:30 a.m. | MAY 10, 2007, at 9:00 a.m. in Courtroom 28A |

March 26, 2007
DATE

_[signature]_
COLLEEN KOLLAR-KOTELLY, U.S. DISTRICT JUDGE

_Dorothy Jones Patterson_
(BY) DEPUTY CLERK

TO:  <u>Defendant to sign and return to</u>:
Clerk's Office
U.S. District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001