**DEPARTMENT OF VETERANS AFFAIRS**
Medical Center
50 Irving Street NW
Washington DC 20422



3/14/07

To Whom It May Concern:

Mr. Peter Turner is followed in the neurology clinic at the Washington VA Medical Center. He is under treatment for multiple medical serious problems. As I have written before. These are chronic problems from which he will not improve. In addition he has been hospitalized in the interval and subsequent to that he has not been able to walk without a walker. He has severe neuropathy and weakness in the legs, loss of sensation and can not walk. He has incomplete control of his urine and bowels and the question has been raised of lupus. His chronic problems are additionally delineated below.

He has refractory asthma requiring use of steroids and multiple inhalers - he comes to the clinic twice a day for treatments of this. He has sleep apnea and requires the use of CPAP and oxygen at night. At times his breathing is bad enough to prevent him from leaving his house. This has certainly been the case in the past weeks. He must stop after walking a short distance since he may get short of breath and dizzy.

He has a history of head trauma and post traumatic stress disorder (PTSD) with resultant chronic headaches and in the past seizures. This interferes with his memory and he is on many medications for this that also may slow down his thinking. The medications include high doses of gabapentin, carbamazepine and Zoloft (sertraline). Again at times the PTSD is severe enough to prevent him from wanting or being able to leave the house.

He has congestive heart failure and is on multiple medications for this which also contributes to his difficulty breathing.

He has gout and degenerative joint disease and is on medications for this including narcotics (percocet) when the other antiinflammatory and gout medications do not work. He has swelling and pain and limitation of movement of multiple joints.

He has diabetes and is on medications for this though it is still not adequately controlled.

He has hypertension and is on medications for this.

He has elevated cholesterol also requiring medications.

His medical problems are serious and severely limiting and permanent; I have appended a list of his medications here:

Active Outpatient Medications (including Supplies):

| Active Outpatient Medications | Status |
|---|---|

1) ALBUTEROL 90/IPRATROP 18MCG 200D PO INHL INHALE TWO PUFFS BY INHALATION EVERY SIX HOURS FOR SHORTNESS OF BREATH    for asthma
2) ALENDRONATE 70MG ONCE WEEKLY TAB TAKE ONE TABLET BY MOUTH WEEKLY IN THE MORNING 30 MINUTES BEFORE FOOD/DRINK    for bones
3) ASCORBIC ACID 500MG TAB TAKE TWO TABLETS BY MOUTH TWICE A DAY    ACTIVE
4) ASPIRIN 325MG EC TAB TAKE 1 TABLET(S) BY MOUTH EVERY DAY    to prevent heart attack
5) CALCIUM CARBONATE 650MG (CA 260MG) TAB TAKE ONE TABLET BY MOUTH TWICE A DAY TAKE OTHER MEDICATIONS ONE HOUR BEFORE USAGE    for bones
6) CARBAMAZEPINE (TEGRETOL) 200MG TAB TAKE ONE TABLET BY MOUTH THREE TIMES A DAY    for seizures
7) COLCHICINE 0.6MG TAB TAKE ONE TABLET BY MOUTH TWICE A DAY AS NEEDED ** FOR GOUT **    for gout
8) DIAZEPAM 5MG TAB TAKE ONE TABLET BY MOUTH AS DIRECTED **DO NOT TAKE WITH GRAPEFRUIT JUICE** TAKE 2 TABS 30 MIN PRIOR TO MR AND 1 JUST PRIOR TO MR    ACTIVE
9) DIGOXIN (LANOXIN) 0.25MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR HEART. **PHONE IN MAIL REFILLS AT 202 745 4046**    for heart failure
10) DILTIAZEM HCL 120MG SA CAP TAKE ONE CAPSULE BY MOUTH TWICE A DAY FOR HIGH BLOOD PRESSURE. **SAME AS TIAZAC**    for high blood pressure
11) DM 10/GUAIFENESIN 100MG/5ML SYRUP TAKE 2 TEASPOONSFULS BY MOUTH EVERY SIX HOURS AS NEEDED ** FOR COUGH **    for cough

12) FLUOCINONIDE 0.05% OINT APPLY SPARINGLY AFFECTED AREA   for rash
    TWICE A DAY
13) FLUTICAS 250/SALMETEROL 50 INHL DISK 60 INHALE ONE   for asthma
    INHALATION BY INHALATION TWICE A DAY **RINSE MOUTH
    AFTER USE**
14) FUROSEMIDE 80MG TAB TAKE TWO TABLETS BY MOUTH TWICE A   for heart failure
    DAY ** FOR FLUID **
15) GABAPENTIN 300MG CAP TAKE THREE CAPSULES BY MOUTH   for pain
    THREE TIMES A DAY
16) GUAIFENESIN 600MG SA TAB TAKE 1 TABLET(S) BY MOUTH   for cough
    EVERY DAY
17) HYDROPHILIC OINT APPLY LIBERALLY TO AFFECTED AREA   for dry skin
    EVERY DAY
18) IBUPROFEN 800MG TAB TAKE ONE TABLET BY MOUTH THREE   for pain
    TIMES A DAY AS NEEDED WITH FOOD FOR PAIN. **PHONE
    IN MAIL REFILLS AT 202 745 4046**
19) INSULIN NPH HUMAN INJECT 50 UNITS UNDER THE SKIN   for diabetes
    EVERY MORNING AND INJECT 50 UNITS EVERY NIGHT FOR
    DIABETES. **PHONE IN MAIL REFILLS AT 202 745 4046**
20) LISINOPRIL 40MG TAB TAKE ONE-HALF TABLET BY MOUTH   for high blood pressure
    DAILY FOR HIGH BLOOD PRESSURE. **PHONE IN MAIL
    REFILLS AT 202 745 4046**
21) METOLAZONE 2.5MG TAB TAKE ONE TABLET BY MOUTH TWICE A   for heart failure
    DAY
22) MOISTERIZING CREAM APPLY LIBERALLY TO AFFECTED AREA   for dry skin
    TWICE A DAY ** FOR DRY SKIN **
23) OMEPRAZOLE 20MG SA CAP TAKE TWO CAPSULES BY MOUTH   to protect stomach
    EVERY DAY FOR STOMACH ACID. DO NOT TAKE WITH
    GRAPEFRUIT JUICE
24) ONE TOUCH ULTRA (GLUCOSE) TEST STRIP 50 USE AS   to check blood sugar
    DIRECTED TWICE A DAY (ON INSULIN) **PHONE IN MAIL
    REFILLS AT 202 745 4046**
25) ORLISTAT 120MG CAP TAKE ONE CAPSULE BY MOUTH THREE   to lose weight
    TIMES A DAY WITH MEALS
26) POTASSIUM CHLORIDE 20MEQ SA TAB TAKE TWO TABLETS BY   to replace same
    MOUTH TWICE A DAY
27) PREDNISONE 20MG TAB TAKE THREE TABLETS BY MOUTH EVERY   FOr asthma
    DAY WITH FOOD **
28) SERTRALINE HCL 100MG TAB TAKE 1 TABLET(S) BY MOUTH   for depression/PTSD
    TWICE A DAY

29) SIMVASTATIN 80MG TAB TAKE ONE TABLET BY MOUTH AT BEDTIME FOR CHOLESTEROL. AVOID GRAPEFRUIT JUICE. **PHONE IN MAIL REFILLS AT 202 745 4046**  for cholesterol
30) SYRINGE+NEEDLE(FOR INSULIN)) USE SYRINGE UNDER THE SKIN TWICE A DAY FOR INSULIN INJECTION  for diabetes
31) UREA 20% CREAM APPLY LIBERALLY TO AFFECTED AREA EVERY DAY FOR DRY SKIN. **PHONE IN MAIL REFILLS AT 202 745 4046**  for dry skin

Please let me know if you have any questions. Thank you.

Sincerely,

Marshall Balish, MD-PhD
Asst. Chief Neurology
202-745-8144