UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )( | |
| )( | **Criminal No. 06-026-01** |
| v. )( | **Judge Kollar-Kotelly** |
| )( | **Sentencing: May 10, 2007** |
| PETER TURNER )( | |

### ORDER

The Court having considered the Motion to Enlarge Deadline for Filing Memorandum in Aid of Sentencing, to Update Memorandum as New Information becomes Available, and to Continue Sentencing filed by the defendant, Peter Turner, it is, this _____ day of _____, 2007, hereby

**ORDERED** that the motion is granted, and it is further

**ORDERED** that Mr. Turner shall be given until May 28, 2007 to file his Memorandum in Aid of Sentencing, and it is further

**ORDERED** that, once the Memorandum in Aid of Sentencing has been filed, Mr. Turner shall be allowed to update that memorandum with new information as such information becomes available, and it further

**ORDERED** that the sentencing hearing in this case is continued to _____, 2007.

_____
Colleen Kollar-Kotelly
United States District Judge