UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No. **06cr026-01** |
| : | Judge Colleen Kollar-Kotelly |
| : | |
| PETER R. TURNER : | |
| : | **FILED** |
| Defendant : | |
| : | APR 1 8 2007 |

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

On April 16, 2007, Defendant Peter Turner, through counsel, filed a *Motion to Enlarge Deadline for Filing Memorandum in Aid of Sentencing, to Update Memorandum as New Information Becomes Available, and to Continue Sentencing*. Pursuant to a conference call held on the matter between the parties and the Court on April 18, 2007, the Court has revised the sentencing schedule in the above-captioned case.

Accordingly, it is this 18 day of April 2007, hereby

**ORDERED** that Defendant's *Motion to Enlarge Deadline for Filing Memorandum in Aid of Sentencing, to Update Memorandum as New Information Becomes Available, and to Continue Sentencing* is GRANTED and the sentencing date of May 10, 2007, is vacated; it is

**FURTHER ORDERED** that defense counsel shall provide to the Probation Department any objections/additions to the Pre-sentence Report, with a copy to government counsel, by no later than May 18, 2007; the Probation Department shall provide the revised Pre-sentence Report to the Court by June 8, 2007; memoranda in aid of sentencing shall be filed by July 6, 2007; and replies to the sentencing memoranda shall be filed by July 13, 2007; it is further

**FURTHER ORDERED** that the Defendant Peter Turner shall be sentenced on July 23, 2007, at 9:00 a.m. in Courtroom 28A; and it is

**FURTHER ORDERED** that defense counsel shall file with the Court the attached *Notice* of return for this Sentencing Date signed by the defendant, Peter Turner.

4/18/07
Date

JUDGE COLLEEN KOLLAR-KOTELLY
United States District Judge

AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

| FOR THE | DISTRICT | COLUMBIA |

UNITED STATES OF AMERICA

v.

**PETER TURNER**

**NOTICE**

CASE NUMBER: **06cr026-01**

---

TYPE OF CASE:

☐ CIVIL    X  CRIMINAL

---

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING -** *I acknowledge that sentencing in this case has been continued and that I shall return to Court on July 23, 2007, at 9:00 a.m. as stated below.*

*PETER TURNER*                Date

---

X  TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom 28A | May 10, 2007, at 9:00 A.M. | July 23, 2007, at 9:00 a.m. in Courtroom 28A |

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

DATE                (BY) DEPUTY CLERK

TO:   *Defendant to sign and return to*:
      **Clerk's Office**
      **U.S. District Court for the District of Columbia**
      **333 Constitution Avenue, NW**
      **Washington, D.C. 20001**