UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )( | |
| )( | Criminal No. 06-26-01 |
| v.                   )( | Judge Kollar-Kotelly |
| )( | Sentencing: July 23, 2007 |
| PETER TURNER        )( | |

**EMERGENCY MOTION FOR AMENDMENT OF CONDITIONS OF RELEASE
AND POINTS OF AUTHORITY IN SUPPORT THEREOF**

COMES NOW the defendant, Peter Turner, by and through undersigned counsel, and respectfully moves this Honorable Court, pursuant to 18 U.S.C., Section 3145(a), to amend his conditions of release so that he can travel outside of the D.C. area to get medical treatment. This motion needs to be urgently addressed because Mr. Turner needs to be in Willingboro, New Jersey on Monday, May 21, 2007 and Tuesday, May 22, 2007 for three different doctor appointments. In support of this motion, Mr. Turner would show:

1.     On February 9, 2006, just after Mr. Turner's arrest in this case, Magistrate Judge Kay released Mr. Turner under conditions which, among other things, require him to stay within 50 miles of the D.C. area. The release conditions, including the 50-mile restriction, that Magistrate Judge Kay put in place on February 9, 2006 have remained in force all the way up until the present.

2.     As stated in previous filings, Mr. Turner suffers from several serious medical conditions. Mr. Turner has been hoping to see several doctors in the area of Willingboro, New Jersey for certain tests and evaluations. Recently, three of the doctors that Mr. Turner was hoping to see have had appointments open up on Monday, May 21,

2007 and Tuesday, May 22, 2007. Specifically, on May 21, 2007, Mr. Turner now has appointments with Dr. Edwin Messey at 11:30 a.m. and Dr. Andrew Conn at 2:00 p.m. On May 22, 2007, Mr. Turner has an appointment with Dr. Roy Levinson at 1:30 p.m. Undersigned counsel has personally spoken with the offices for each of these doctors and confirmed the appointments. The telephone numbers for the doctors are as follows: Dr. Messey, (609) 877-3386; Dr. Conn, (609) 871-7070; Dr. Levinson, (609) 877-0400. These doctors' offices are all in the area of Willingboro, New Jersey.

   3. In addition to the three appointments that have just opened up on May 21, 2007 and May 22, 2007, it is possible that Mr. Turner may need to go out of town for additional medical appointments in the near future. Typically, these appointments are made at the last minute—as openings come up due to cancellations.

   4. Because Mr. Turner needs to travel to Willingboro, New Jersey for medical treatment on May 21, 2007 and May 22, 2007 and because he may need to travel out of town for additional medical appointments in the near future, he needs his conditions of release modified to permit such travel.

   5. 18 U.S.C., Section 3145(a) permits a court with original jurisdiction of a case to amend the conditions of release that were originally imposed by a magistrate judge.

   6. This motion is being prepared and filed in the late hours of Thursday, May 17, 2007. Accordingly, undersigned counsel has not been able to determine the government's position on this motion prior to filing it. Counsel will determine the

government's position as early as possible on the morning of Friday, May 18, 2007, and he will notify the Court of that position as soon as he learns it.

    WHEREFORE, the defendant, Peter Turner, moves this Honorable Court to amend his conditions of release to permit him to travel outside the D.C. area for medical treatment. Mr. Turner requests that this motion be addressed urgently because he has recently been able to schedule three medical appointments in Willingboro, New Jersey for Monday, May 21, 2007 and Tuesday, May 22, 2007.

    Respectfully submitted,

_____/s/_____
Jerry Ray Smith
Counsel for Peter Turner
717 D Street, N.W.
Suite 400
Washington, D.C. 20004
Phone: (202) 347-6101