UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )( | |
| )( | Criminal No. 06-26-01 |
| v.      )( | Judge Kollar-Kotelly |
| )( | Sentencing: July 23, 2007 |
| PETER TURNER    )( | |

### ORDER

The Court having considered Peter Turner's Emergency Motion for Amendment of Conditions of Release, it is, this ____ day of _____, 2007, hereby

**ORDERED** that the motion is granted, and it is further

**ORDERED** that Mr. Turner can travel outside of the D.C. area for medical treatment. Otherwise, Mr. Turner must stay within 50 miles of the D.C. area.

_____
Colleen Kollar-Kotelly
United States District Judge