+UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.    )<br>)<br>PETER TURNER,    )<br>    Defendant.    )<br>_____ ) | CR. No. 06-26-01 (CKK)<br>Sentencing : 7/23/07 |

**FILED**

MAY 18 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

The Court having considered Defendant Peter Turner's unopposed Emergency Motion for Amendment of Conditions of Release, it is this 18th day of May, 2007, hereby

ORDERED that the motion is granted, and it is further

ORDERED that Mr. Turner can travel outside of the D.C. area for medical treatment. Otherwise, Mr. Turner must stay within 50 miles of the D.C. area.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE
U.S. MAGISTRATE JUDGE