

**DEPARTMENT OF VETERANS AFFAIRS**
**Medical Center**
**50 Irving Street NW**
**Washington DC 20422**



3/14/07

To Whom It May Concern:

Mr. Peter Turner is followed in the neurology clinic at the Washington VA
Medical Center. He is under treatment for multiple medical serious problems. As
I have written before. These are chronic problems from which he will not
improve. In addition he has been hospitalized in the interval and subsequent to that he has not
been able to walk without a walker. He has severe neuropathy and weakness in the legs, loss of
sensation and can not walk. He has incomplete control of his urine and bowels and the question
has been raised of lupus. His chronic problems are additionally delineated below.

He has refractory asthma requiring use of steroids and multiple inhalers - he
comes to the clinic twice a day for treatments of this. He has sleep apnea and
requires the use of CPAP and oxygen at night. At times his breathing is bad enough to
prevent him from leaving his house. This has certainly been the case in the past
weeks. He must stop after walking a short distance since he may get short of
breath and dizzy.

He has a history of head trauma and post traumatic stress disorder (PTSD) with
resultant chronic headaches and in the past seizures. This interferes with his
memory and he is on many medications for this that also may slow down his
thinking. The medications include high doses of gabapentin, carbamazepine and
Zoloft (sertraline). Again at times the PTSD is severe enough to prevent him
from wanting or being able to leave the house.

He has congestive heart failure and is on multiple medications for this which
also contributes to his difficulty breathing.

He has gout and degenerative joint disease and is on medications for this
including narcotics (percocet) when the other antiinflammatory and gout
medications do not work. He has swelling and pain and limitation of movement of
multiple joints.

He has diabetes and is on medications for this though it is still not adequately
controlled.

Attachment One

He has hypertension and is on medications for this.

He has elevated cholesterol also requiring medications.

His medical problems are serious and severely limiting and permanent; I have appended a list of
his medications here:

Active Outpatient Medications (including Supplies):

Active Outpatient Medications                          Status

1) ALBUTEROL 90/IPRATROP 18MCG 200D PO INHL INHALE TWO    for asthma
   PUFFS BY INHALATION EVERY SIX HOURS FOR SHORTNESS
   OF BREATH

2) ALENDRONATE 70MG ONCE WEEKLY TAB TAKE ONE TABLET BY    for bones
   MOUTH WEEKLY IN THE MORNING 30 MINUTES BEFORE
   FOOD/DRINK

3) ASCORBIC ACID 500MG TAB TAKE TWO TABLETS BY MOUTH    ACTIVE
   TWICE A DAY

4) ASPIRIN 325MG EC TAB TAKE 1 TABLET(S) BY MOUTH EVERY    to prevent heart
attack
   DAY

5) CALCIUM CARBONATE 650MG (CA 260MG) TAB TAKE ONE    for bones
   TABLET BY MOUTH TWICE A DAY TAKE OTHER MEDICATIONS
   ONE HOUR BEFORE USAGE

6) CARBAMAZEPINE (TEGRETOL) 200MG TAB TAKE ONE TABLET BY    for seizures
   MOUTH THREE TIMES A DAY

7) COLCHICINE 0.6MG TAB TAKE ONE TABLET BY MOUTH TWICE A    for gout
   DAY AS NEEDED ** FOR GOUT **

8) DIAZEPAM 5MG TAB TAKE ONE TABLET BY MOUTH AS DIRECTED    ACTIVE
   **DO NOT TAKE WITH GRAPEFRUIT JUICE** TAKE 2 TABS
   30 MIN PRIOR TO MR AND 1 JUST PRIOR TO MR

9) DIGOXIN (LANOXIN) 0.25MG TAB TAKE ONE TABLET BY MOUTH    for heart failure
   EVERY DAY FOR HEART. **PHONE IN MAIL REFILLS AT 202
   745 4046**

10) DILTIAZEM HCL 120MG SA CAP TAKE ONE CAPSULE BY MOUTH    for high blood
pressure
    TWICE A DAY FOR HIGH BLOOD PRESSURE. **SAME AS
    TIAZAC**

11) DM 10/GUAIFENESIN 100MG/5ML SYRUP TAKE 2    for cough
    TEASPOONSFULS BY MOUTH EVERY SIX HOURS AS NEEDED **
    FOR COUGH **

12) FLUOCINONIDE 0.05% OINT APPLY SPARINGLY AFFECTED AREA  for rash
     TWICE A DAY
13) FLUTICAS 250/SALMETEROL 50 INHL DISK 60 INHALE ONE     for asthma
     INHALATION BY INHALATION TWICE A DAY **RINSE MOUTH
     AFTER USE**
14) FUROSEMIDE 80MG TAB TAKE TWO TABLETS BY MOUTH TWICE A  for heart
failure
     DAY ** FOR FLUID **
15) GABAPENTIN 300MG CAP TAKE THREE CAPSULES BY MOUTH     for pain
     THREE TIMES A DAY
16) GUAIFENESIN 600MG SA TAB TAKE 1 TABLET(S) BY MOUTH     for cough
     EVERY DAY
17) HYDROPHILIC OINT APPLY LIBERALLY TO AFFECTED AREA     for dry skin
     EVERY DAY
18) IBUPROFEN 800MG TAB TAKE ONE TABLET BY MOUTH THREE     for pain
     TIMES A DAY AS NEEDED WITH FOOD FOR PAIN. **PHONE
     IN MAIL REFILLS AT 202 745 4046**
19) INSULIN NPH HUMAN INJECT 50 UNITS UNDER THE SKIN     for diabetes
     EVERY MORNING AND INJECT 50 UNITS EVERY NIGHT FOR
     DIABETES. **PHONE IN MAIL REFILLS AT 202 745 4046**
20) LISINOPRIL 40MG TAB TAKE ONE-HALF TABLET BY MOUTH     for high blood
pressure
     DAILY FOR HIGH BLOOD PRESSURE. **PHONE IN MAIL
     REFILLS AT 202 745 4046**
21) METOLAZONE 2.5MG TAB TAKE ONE TABLET BY MOUTH TWICE A  for heart
failure
     DAY
22) MOISTERIZING CREAM APPLY LIBERALLY TO AFFECTED AREA    for dry skin
     TWICE A DAY ** FOR DRY SKIN **
23) OMEPRAZOLE 20MG SA CAP TAKE TWO CAPSULES BY MOUTH     to protect
stomach
     EVERY DAY FOR STOMACH ACID. DO NOT TAKE WITH
     GRAPEFRUIT JUICE
24) ONE TOUCH ULTRA (GLUCOSE) TEST STRIP 50 USE AS     to check blood sugar
     DIRECTED TWICE A DAY (ON INSULIN) **PHONE IN MAIL
     REFILLS AT 202 745 4046**
25) ORLISTAT 120MG CAP TAKE ONE CAPSULE BY MOUTH THREE     to lose weight
     TIMES A DAY WITH MEALS
26) POTASSIUM CHLORIDE 20MEQ SA TAB TAKE TWO TABLETS BY     to replace same
     MOUTH TWICE A DAY
27) PREDNISONE 20MG TAB TAKE THREE TABLETS BY MOUTH EVERY  FOr asthma
     DAY WITH FOOD **
28) SERTRALINE HCL 100MG TAB TAKE 1 TABLET(S) BY MOUTH     for
depression/PTSD
     TWICE A DAY

29) SIMVASTATIN 80MG TAB TAKE ONE TABLET BY MOUTH AT       for cholesterol
    BEDTIME FOR CHOLESTEROL. AVOID GRAPEFRUIT JUICE.
    **PHONE IN MAIL REFILLS AT 202 745 4046**
30) SYRINGE+NEEDLE(FOR INSULIN)) USE SYRINGE UNDER THE       for diabetes
    SKIN TWICE A DAY FOR INSULIN INJECTION
31) UREA 20% CREAM APPLY LIBERALLY TO AFFECTED AREA EVERY  for dry skin
    DAY FOR DRY SKIN. **PHONE IN MAIL REFILLS AT 202
    745 4046**

Please let me know if you have any questions. Thank you.

Sincerely,

Marshall Balish, MD-PhD
Asst. Chief Neurology
202-745-8144