| **Department of Veterans Affairs** | **EXAMINATION FOR HOUSEBOUND STATUS OR PERMANENT NEED FOR REGULAR AID AND ATTENDANCE** (For VA Use Only) | | |

| 1. FIRST NAME - MIDDLE NAME - LAST NAME OF CLAIMANT | 2. VA FILE NUMBER | | |
| Peter Turner | 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 | | |
| 3. HOME ADDRESS | 4. PLACE OF EXAMINATION | | 5. DATE OF EXAMINATION |
| 8504 Keelber Drive Clinton, MD 20735 | Washington D.C. VAMC | | 5/6/07 |

| 6. WAS CLAIMANT ACCOMPANIED TO PLACE OF EXAMINATION? ☐ YES ☑ NO (If "Yes," complete Items 7 and 8) | 7. NAME OF NURSE OR ATTENDANT | 8. MODE OF TRAVEL |
| 9. IS CLAIMANT HOSPITALIZED? ☐ YES ☑ NO (If "Yes," complete Items 10 and 11) | 10. DATE ADMITTED | 11. NAME AND ADDRESS OF HOSPITAL |

**NOTE: VA MEDICAL EXAMINER PLEASE READ CAREFULLY**

The purpose of this examination is to record manifestations and findings pertinent to the question of whether the claimant is housebound or in need of the regular aid and attendance of another person.

Findings should be recorded to show whether the claimant is blind or bedridden.

The report should be in sufficient detail for the regional office rating board to determine whether there is disease or injury producing physical or mental impairment, loss of coordination or enfeeblement affecting ability to dress and undress, for self feeding, to attend to the wants of nature and keep him/herself ordinarily clean and presentable.

In addition, it is necessary to state findings indicating whether the claimant is "housebound", that is whether he/she is confined to the home or immediate premises.

In either instance, whether the claimant is claiming housebound or aid and attendance benefits, the report should reflect how well the individual ambulates, where the individual goes, and what he/she is able to do during a typical day.

| 12. INDIVIDUAL'S COMPLAINT |
| Weakness loss of coordination and limited gait |

| 13A. AGE | 13B. SEX | 14. WEIGHT | | | 15. HEIGHT | |
| 60 | M | ACTUAL: 230 LBS | ESTIMATED: LBS | | FT 5 INCHES 1 | |
| 16. NUTRITION | | | | | 17. GAIT | |
| obese | | | | | will walker unsteady | |

| 18. BLOOD PRESSURE | 19. PULSE RATE | 20. RESPIRATORY RATE | 21. NUMBER OF HOURS IN BED | |
| 137/64 | 80 | 20 | FROM 9 PM TO 9 AM: | FROM 9 AM TO 9 PM: |

| 22. POSTURE AND GENERAL APPEARANCE |
| Seating no acute distress, some tremor + tremulousness of legs. |

| 23. DESCRIBE RESTRICTIONS OF EACH UPPER EXTREMITY WITH PARTICULAR REFERENCE TO GRIP, FINE MOVEMENTS, AND ABILITY FOR SELF FEEDING, TO BUTTON CLOTHING, SHAVE AND ATTEND TO THE NEEDS OF NATURE. |
| Notes numbness in each hand from peripheral neuropathy causing difficulty dressing + feeding strength ok but has lapse in tone |

| 24. DESCRIBE RESTRICTIONS OF EACH LOWER EXTREMITY WITH PARTICULAR REFERENCE TO EXTENT OF LIMITATION OF MOTION, ATROPHY, CONTRACTURES OR OTHER INTERFERENCE. IF INDICATED, COMMENT SPECIFICALLY ON WEIGHT BEARING, BALANCE AND PROPULSION OF EACH LOWER EXTREMITY. |
| No atrophy or contractures but has inability to maintain tone and trauma causing loss of tone |

| VA FORM OCT 1992  21-2680 | EXISTING STOCKS OF VA FORM 21-2680, APR 1990, WILL BE USED. |

Attachment 2

**25. DESCRIBE RESTRICTION OF THE SPINE, TRUNK AND NECK**

NA

**26. SET FORTH ALL OTHER PATHOLOGY INCLUDING THE LOSS OF BOWEL OR BLADDER CONTROL OR THE EFFECTS OF ADVANCING AGE, SUCH AS DIZZINESS, LOSS OF MEMORY, POOR BALANCE WHICH AFFECTS CLAIMANT'S ABILITY TO PERFORM SELF-CARE, AMBULATE OR TRAVEL BEYOND THE PREMISES OF THE HOME OR IF HOSPITALIZED BEYOND THE WARD OR CLINICAL AREA. DESCRIBE WHERE THE CLAIMANT GOES AND WHAT HE OR SHE DOES DURING A TYPICAL DAY.**

Has poor balance and at times some loss of continence bowel & bladder

**27. IS THE CLAIMANT ABLE TO WALK WITHOUT THE ASSISTANCE OF ANOTHER PERSON?**

less than 1 block & needs a walker or other device.

(If "YES," give distance)

☑ YES  ☐ NO    ☐ 1 BLOCK   ☐ 5 OR 6 BLOCKS   ☐ 1 MILE   ☐ OTHER (Specify distance)

**28. DESCRIBE HOW OFTEN PER DAY OR WEEK AND UNDER WHAT CIRCUMSTANCES THE INDIVIDUAL IS ABLE TO LEAVE THE HOME OR IMMEDIATE PREMISES**

Rarely leaves premises other than to go to MD appointment

**29. ARE AIDS SUCH AS CANES, BRACES, CRUTCHES OR WALKERS REQUIRED FOR LOCOMOTION?** *(If so, specify and describe effectiveness in terms of distance that can be traveled as in Item 27 above)*

Yes requires a walker & walk even abbd

**30. ADDITIONAL REMARKS**

**31. DIAGNOSIS**

Neuropathy
CHF
Encephalopathy

**32. CERTIFICATION OF NEED FOR HIGHER LEVEL AID AND ATTENDANCE (38 U.S.C. 314 (r)(2))**
*(To be completed only when determination is requested by Adjudication)*

I HEREBY CERTIFY THAT

☑ VETERAN REQUIRES THE DAILY PERSONAL HEALTH CARE SERVICES OF A SKILLED PROVIDER WITHOUT WHICH THE VETERAN WOULD REQUIRE HOSPITAL, NURSING HOME OR OTHER INSTITUTIONAL CARE

☐ DAILY SKILLED SERVICES NOT INDICATED

**33. SIGNATURE AND TITLE OF EXAMINING PHYSICIAN**

Marshall Salur

**34. VA HOSPITAL OR OTHER MEDICAL FACILITY**

Washington D.C. VADrc