

**Cooper University Hospital**

Internal Medicine ▪ Critical Care Medicine
Geriatric Medicine

**BMA BRACHFELD MEDICAL ASSOCIATES**
218C Sunset Road, Willingboro, New Jersey 08046-1192
ph: (609) 877-0400    fax: (609) 877-3542

May 23, 2007

Edwin W. Messey, M.D.
246 Millbrook Drive
Willingboro, New Jersey 08046

RE:    Pete Turner

Dear Dr. Messey:

Mr. Turner was seen by me in the past and now returns for follow up regarding a multitude of issues.

He has severe shortness of breath and has been evaluated by civilian and military physicians. He splits his time here and in Maryland. He continues to be a smoker from age 18 to the present time but now he is consuming less and less.

He has been diagnosed with obstructive sleep apnea and uses CPAP nightly and he does not snore. He is followed by rheumatology and neurology and has been on very high dose prednisone up to 80 to 100 mg daily.

He was recently found to have bloody urine. He has a gait abnormality, urinary and bowel incontinence, cough, shortness of breath, intermittent green sputum production and he aches all over. He has lumps in his elbows that come and go, weight loss, fever, chills and abnormal vision.

The patient has been diagnosed with hypertension, chronic obstructive pulmonary disease, obstructive sleep apnea, osteoporosis, an unknown rheumatologic syndrome, post traumatic stress disorder, depression, generalized anxiety, gout, congestive heart failure, chronic kidney disease, ASHD, diabetes, hyperlipidemia, gastroesophageal reflux disease, peptic ulcer disease, seizure disorder and possible stroke. He has never had any surgery.

Medications include prednisone 20 mg daily, Lasix 80 mg daily, Neurontin 900 mg three times a day, Motrin 800 mg three times a day, insulin, albuterol MDI as needed, Fosamax 70 mg weekly, vitamin C one gram twice a day, aspirin 325 mg daily, calcium 650 mg twice a day, Tegretol 200 mg three times a day, Colchicine 0.6 mg twice a day, Valium 5 mg as needed, Digoxin 0.25 mg daily, Cardizem CD 120 mg daily, Advair 250 twice a day, Zocor 80 mg daily, Zoloft 100 mg daily, Zestril 40 mg daily, Zaroxolyn 2.5 mg twice a day, Prilosec 20 mg daily and potassium chloride 40 mEq twice a day.

He still smokes as noted. He does not drink.

*Attachment 3*



UMDNJ ROBERT WOOD JOHNSON MEDICAL SCHOOL
University of Medicine and Dentistry of New Jersey
The Core Teaching Center of the University of Medicine and Dentistry of New Jersey, Robert Wood Johnson

Internal Medicine
Robert Ishak, M.D.
Darryl Floyd, M.D.
Daniel Goldman, M.D.
Herbert Conaway, M.D.

Gastroenterology
Donald Petroski, M.D.*
Jack Goldstein, M.D.
David Zisa, M.D.

Rheumatology
David Feinstein, D.O.

Pulmonary Diseases
Roy Levinson, M.D.**
Yan Wu, M.D., Ph.D.
Stuart Mest, M.D.**

Endocrinology
Daniel Rosenbaum, M.D.

Cardiology
Francis Chardo, M.D.
Leslie Squires, M.D.
Fatima Hakkak, D.O.

Page Two  
May 23, 2007

RE:   Pete Turner

Allergies are possibly to bee stings.

His vaccination status is up-to-date.

His mother died of traumatic illness; father died of complications of alcoholism; there is no family history of pulmonary disease.

His sugars at home have been variable and running between 110 and 300.

On exam blood pressure is 120/70, pulse is 60 and irregular. He is an obese male looking clearly uncomfortable. Oxygen saturation was 98% on room air. HEENT exam showed dense cataracts bilaterally and a small oropharynx was noted. He did have accessory muscle use of respirations. There is no lymphadenopathy. Chest exam revealed inspiratory and expiratory wheezes bilaterally. Cardiac exam: irregular, S1, S2, no murmur. The abdomen was soft with no masses. Pulses were diminished distally. He had 1+ edema bilaterally. Throughout the examination he was shaky with tremors. Skin was without lesions.

Mr. Turner has a formidable array of medical issues currently. At the present time I am concerned that he has out of control chronic obstructive pulmonary disease and congestive heart failure. He has diffuse hematologic complaints and neurologic complaints.

I did review some recent laboratory studies which show significant hypokalemia. I am concerned about the possibility of Digoxin toxicity.

For the time being I have asked him to discontinue Zocor and Digoxin. A Digoxin level and a magnesium level are going to be checked along with a CPK. I strongly advised that he be admitted to the hospital on the day that I saw him but he refused. He will consider this again in the future. Potassium supplementation has been increased to 320 mEq tablets three times daily. Mr. Turner will be in touch with me if he agrees to hospitalization. Otherwise a short interval follow up should be scheduled.

I hope this information is of value. Please call with any questions.

Sincerely,

Roy Levinson, M.D.

RL/SA12