LOURDES MEDICAL CENTER
OF BURLINGTON COUNTY

D/C 6/5

| PATIENT NAME | BILLING # | MEDICAL RECORD # |
|---|---|---|
| TURNER, PETER R | 150700374690 | 000000800241 |
| ADMISSION DATE | DISCHARGE DATE | ATTENDING PHYSICIAN |
| 05/29/2007 | 06/05/2007 | Mark Thomas, DO |

ROOM
512-02

PRINCIPAL DIAGNOSES
1. Exacerbation of chronic obstructive pulmonary disease.
2. Acute renal failure.
3. Mitral insufficiency.
4. Obstructive sleep apnea, probable obesity hypoventilation syndrome.
5. Post-traumatic stress disorder with significant anxiety and probable component of laryngeal dyskinesia.

SECONDARY DIAGNOSES
1. Type 2 diabetes uncontrolled with peripheral neuropathy.
2. Mitral regurgitation.

DISCHARGE MEDICATIONS AND INSTRUCTIONS
Resume prior Neurontin 900 mg t.i.d., Lasix 40 mg daily, Advair 50/500 one puff b.i.d., Fosamax 70 mg weekly, aspirin 81 mg daily, tegretol 200 mg t.i.d., prednisone 20 mg daily, colchicine 0.6 mg b.i.d., Cardizem CD 120 mg daily, Zoloft 200 mg each a.m., Prilosec 20 mg daily.

He was given prescriptions for Seroquel 100 mg nightly, Zoloft 200 mg q.a.m., Theo-Dur 200 mg b.i.d., Spiriva inhaler 1 inhalation daily, Amaryl 4 mg daily, NPH 25 units nightly and albuterol meter-dosed inhaler 2 puffs q.i.d. as needed.

He was recommended carbohydrate-controlled diet. Activity to be as tolerated.

Follow up with Dr. Mest in 1-2 weeks. Outpatient PFTs per Dr. Mest next visit.

He is specifically instructed to no longer take Motrin or Zestril as this may have contributed to his acute renal failure unless further instructed by his primary care physician.

He was given a prescription for blood work, basic metabolic profile and a theophylline level in 1 week, copies to Dr. Mest.

HISTORY OF PRESENT ILLNESS

DISCHARGE SUMMARY

Attachment 4

LOURDES MEDICAL CENTER
OF BURLINGTON COUNTY

- 2 -

| PATIENT NAME | BILLING # | MEDICAL RECORD # |
|---|---|---|
| TURNER, PETER R | 150700374690 | 000000800241 |
| ADMISSION DATE | DISCHARGE DATE | ATTENDING PHYSICIAN |
| 05/29/2007 | 06/05/2007 | Mark Thomas, DO |

ROOM
512-02

Mr. Turner is a pleasant 60-year-old male with history of COPD, type 2 diabetes with neuropathy, obstructive sleep apnea, and lupus who presented to the emergency department with progressive shortness of breath despite use of inhalers, who presented to the emergency department with progressive dyspnea on exertion. In the emergency department, was found to be bronchospastic and have evidence of acute renal failure for which he was referred for admission for further evaluation, treatment and consultation.

Hospital course was uncomplicated. He was placed on IV steroids, eventually converted to oral steroids with improvement in his bronchospasm or with a residual significant component of laryngeal dyskinesia which exacerbates with underlying anxiety.

His renal failure resolved with holding of nonsteroidals and ACE inhibitors and a renal ultrasound demonstrated no evidence for hydronephrosis and there are normal appearing kidneys.

His diabetes was not well-controlled on steroids requiring adjustment in insulin and addition of Amaryl per endocrinology. In addition, due to suppressed TSH, but without overt symptoms of hypothyroidism, this is felt likely due to recent steroid use, less likely euthyroid.

A 2D echo demonstrated preserved left ventricular function and large left atria and mild mitral regurgitation. He was seen by cardiology, who recommended dobutamine stress test which was performed and did not reveal any signs for ischemia. He felt his dyspnea was more likely pulmonary-related.

He is maintained with C-PAP at night and had no ambulatory hypoxemia on room air prior to discharge and is felt to be stable for discharge with further followup as an outpatient by Dr. Mest or his primary care physician in Maryland upon return.

DISCHARGE SUMMARY

LOURDES MEDICAL CENTER
OF BURLINGTON COUNTY

- 3 -

| PATIENT NAME | BILLING # | MEDICAL RECORD # |
|---|---|---|
| TURNER, PETER R | 150700374690 | 000000800241 |
| ADMISSION DATE | DISCHARGE DATE | ATTENDING PHYSICIAN |
| 05/29/2007 | 06/05/2007 | Mark Thomas, DO |

ROOM
512-02

Thank you for allowing us to participate in the care of this pleasant gentleman. Please do not hesitate to contact us if you need more specific information or have any questions.

_____
Mark Thomas, DO

MedQ 4839554/569281
DD:06/05/2007 DT:06/06/2007

cc:   Stuart Mest, MD
      Yan Wu, MD
      Maasi Shamilov, MD
      David Zisa, MD
      Francis Chardo, MD

DISCHARGE SUMMARY