May 9, 2007

Mr. Jerry Smith
Attorney-at-Law

RE:  Peter Turner

Mr. Smith:

Per our telephone conversation this morning, I hereby
voluntarily submit the following statement:

    Mr. Peter Turner has never approached or engaged me
with a verbal or non-verbal threat of bodily harm, nor has
Mr. Turner displayed aggressive behavior towards me.

No reason exists that I should be in fear for my life as a
result of my testimony given before the Grand Jury in this
case.

If further information is needed, I may be contacted at
(202) 745-8198.

James LeBron
Human Resource Specialist
VA Medical Center
50 Irving Street NW
Washington, DC 20422

Attachment 5