**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | )( | |
| | )( | **Criminal No. 06-26-01** |
| **v.** | )( | **Judge Kollar-Kotelly** |
| | )( | **Sentencing: July 23, 2007** |
| **PETER TURNER** | )( | |

## <u>ORDER</u>

The Court having considered Peter Turner's Motion to Self-Surrender should the Court Decide to Deny Defendant's Request for Home Detention and the government's opposition, if any, it is, this _____ day of _____, 2007, hereby

**ORDERED** that the motion is granted, and it is further

**ORDERED** that Mr. Turner shall surrender himself to a facility designated by the Bureau of Prisons on a day after _____, 2007, such day to be determined by the Bureau, to begin serving his sentence in this case.

_____
Colleen Kollar-Kotelly
United States District Judge