**DEPARTMENT OF VETERANS AFFAIRS**
Medical Center
50 Irving Street NW
Washington DC 20422



7/11/07

To Whom It May Concern:

Mr. Peter Turner is followed in the neurology clinic at the Washington VA Medical Center. He is under treatment for multiple serious problems and this is an update to the many letters I have previously written. Mr. Turner has become increasingly disabled recently. He has limited ambulation, an as yet undiagnosed tremor, worsening peripheral neuropathy, worsening renal failure, continued electrolyte abnormalities and he is being worked up now for possible autoimmune disease such as lupus. He is incontinent and needs assistance with his activities of daily living. All of this is on top of the many chronic but serious medical problems that include -

1. He has refractory asthma requiring use of steroids and multiple inhalers - he
At times needs to come to the clinic twice a day for treatments of this in addition to home treatments.

2. He has sleep apnea and requires the use of CPAP and oxygen at night. At times his breathing is bad enough to prevent him from leaving his house.

3. He has a history of head trauma and post traumatic stress disorder (PTSD) with resultant chronic headaches and in the past seizures. This interferes with his memory and he is on many medications for this that also may slow down his thinking. The medications include high doses of gabapentin, carbamazepine and Zoloft (sertraline). Again at times the PTSD is severe enough to prevent him from wanting or being able to leave the house.

4. He has congestive heart failure and is on multiple medications for this which also contributes to his difficulty breathing.

5. He has gout and degenerative joint disease and is on medications for this including narcotics (percocet) when the other anti-inflammatory and gout medications do not work.

6. He has diabetes and is on medications for this though it is still not adequately controlled.

7. He has hypertension and is on medications for this.

8. He has elevated cholesterol also requiring medications.

His medical problems are serious and quite limiting; I have appended a list of his medications here:

```
        Active Outpatient Medications                              Status
        ================================================================
1)      ACETYLCYSTEINE 20% INHL SOLN 30ML TWO MLS BY               ACTIVE
        INHALATION TWICE A DAY
2)      ALBUTEROL 0.5% INHL SOLN MIX 0.5ML WITH 2.5ML OF           ACTIVE
        WATER FOR INHALATION BY INHALATION TWICE A DAY
        **PHONE IN MAIL REFILLS AT 202 745 4046**
3)      ALBUTEROL 90/IPRATROP 18MCG 200D PO INHL INHALE TWO        ACTIVE
        PUFFS BY INHALATION EVERY SIX HOURS FOR SHORTNESS
        OF BREATH
4)      ALENDRONATE 70MG ONCE WEEKLY TAB TAKE ONE TABLET BY        ACTIVE
        MOUTH WEEKLY IN THE MORNING 30 MINUTES BEFORE
        FOOD/DRINK -DO NOT LIW DOWN FOR AT LEAST 30 MINUTES
5)      ARTIFICIAL TEARS PVA 1.4%/POVIDONE (PF) INSTILL ONE        ACTIVE
        DROP IN BOTH EYES FOUR TIMES A DAY AS NEEDED FOR
        DRY EYES
6)      BACITRACIN 500/POLYMYXIN 10000U/GM OINT APPLY              ACTIVE
        SPARINGLY TO AFFECTED AREA TWICE A DAY TO RIGHT
        WRIST INJURY
7)      CALCIUM CARBONATE 650MG (CA 260MG) TAB TAKE ONE            ACTIVE
        TABLET BY MOUTH TWICE A DAY TAKE OTHER MEDICATIONS
        ONE HOUR BEFORE USAGE
8)      CAPSAICIN 0.075% CREAM APPLY LIBERALLY TO AFFECTED         ACTIVE
        AREA EVERY DAY
9)      CARBAMAZEPINE 200MG TAB TAKE ONE TABLET BY MOUTH           ACTIVE
        THREE TIMES A DAY
10)     COLCHICINE 0.6MG TAB TAKE ONE TABLET BY MOUTH TWICE A      ACTIVE
        DAY ** FOR GOUT **
11)     DEPEND FITTED BRIEF LARGE USE DAILY AS DIRECTED EVERY      ACTIVE
        DAY **PHONE IN MAIL REFILLS AT 202 745 4046**
12)     DILTIAZEM HCL 120MG SA CAP TAKE ONE CAPSULE BY MOUTH       ACTIVE
        TWICE A DAY FOR HIGH BLOOD PRESSURE. **SAME AS
        TIAZAC**
13)     DM 10/GUAIFENESIN 100MG/5ML SYRUP TAKE 2                   ACTIVE
        TEASPOONSFULS BY MOUTH EVERY SIX HOURS AS NEEDED **
        FOR COUGH **
14)     DOCUSATE NA 100MG CAP TAKE ONE CAPSULE BY MOUTH EVERY      ACTIVE
        DAY AS A STOOL SOFTENER
15)     FLUNISOLIDE 25MCG 200D NASAL INH SPRAY SPRAY ONE           ACTIVE
        SPRAY IN EACH NOSTRIL TWICE A DAY FOR ALLERGIES
        **PHONE IN MAIL REFILLS AT 202 745 4046**
16)     FUROSEMIDE 80MG TAB TAKE TWO TABLETS BY MOUTH TWICE A      ACTIVE
        DAY ** FOR FLUID **
17)     GAUZE PAD 4IN X 4IN STERILE USE GAUZE TO AFFECTED          ACTIVE
        AREA TWICE A DAY
18)     GLOVE VINYL LARGE PWDR-FREE NONSTERILE USE ONE GLOVE       ACTIVE
        TO CHANGE DRESSING AS NEEDED THREE TIMES A DAY
19)     GLYBURIDE 5MG TAB TAKE TWO TABLETS BY MOUTH IN THE         ACTIVE
        MORNING FOR DIABETES. **PHONE IN MAIL REFILLS AT
        202 745 4046**
20)     INSULIN NPH HUMAN INJECT 50 UNITS UNDER THE SKIN           ACTIVE
        EVERY MORNING AND INJECT 50 UNITS EVERY NIGHT FOR
        DIABETES. **PHONE IN MAIL REFILLS AT 202 745 4046**
21)     LISINOPRIL 40MG TAB TAKE ONE-HALF TABLET BY MOUTH          ACTIVE
        DAILY FOR HIGH BLOOD PRESSURE. **PHONE IN MAIL
        REFILLS AT 202 745 4046**
22)     LUBRICATING (PF) OPH OINT INSTILL A THIN RIBBON INTO       ACTIVE
        THE LOWER EYELID IN EACH EYE AT BEDTIME ** FOR DRY
```

```
                EYES **
23) METHYL SALICYLATE 15%/MENTHOL 10% CREAM APPLY         ACTIVE
        SPARINGLY TO AFFECTED AREA TWICE A DAY
24) MULTIVITAMIN/MINERALS THERAPEUT CAP/TAB TAKE ONE      ACTIVE
        TABLET BY MOUTH EVERY DAY
25) OMEPRAZOLE 20MG EC CAP TAKE TWO CAPSULES BY MOUTH     ACTIVE
        EVERY DAY FOR STOMACH ACID. DO NOT TAKE WITH
        GRAPEFRUIT JUICE
26) ONE TOUCH ULTRA (GLUCOSE) TEST STRIP 50 USE AS        ACTIVE
        DIRECTED TWICE A DAY (ON INSULIN) **PHONE IN MAIL
        REFILLS AT 202 745 4046**
27) ORLISTAT 120MG CAP TAKE ONE CAPSULE BY MOUTH THREE    ACTIVE
        TIMES A DAY WITH MEALS AS DIRECTED
28) OXYCODONE 5MG/APAP 325MG(PERCOCET) TAKE TWO TABLETS   ACTIVE
        BY MOUTH FOUR TIMES A DAY ** FOR PAIN **
29) POTASSIUM CHLORIDE 20MEQ SA TAB TAKE TWO TABLETS BY   ACTIVE
        MOUTH THREE TIMES A DAY WITH FOOD **PHONE IN MAIL
        REFILLS AT 202 745 4046**
30) PREDNISONE 20MG TAB TAKE THREE TABLETS BY MOUTH EVERY ACTIVE
        DAY WITH FOOD **
31) SERTRALINE HCL 100MG TAB TAKE 1 TABLET(S) BY MOUTH    ACTIVE
        TWICE A DAY
32) SILDENAFIL CITRATE 100MG TAB TAKE ONE TABLET BY MOUTH ACTIVE
        1/2 HOUR BEFORE ACTIVITY **DO NOT TAKE WITH
        GRAPEFRUIT JUICE**
33) SIMETHICONE 80MG CHEW TAB CHEW ONE TABLET BY MOUTH    ACTIVE
        FOUR TIMES A DAY ** FOR GAS **
34) SYRINGE+NEEDLE(FOR INSULIN)) USE SYRINGE UNDER THE    ACTIVE
        SKIN TWICE A DAY FOR INSULIN INJECTION
35) TOLNAFTATE 1% TOP PWD SPRINKLE SMALL AMOUNT TO        ACTIVE
        AFFECTED AREA TWICE A DAY  TO GROIN AND FEET
36) UNDERPAD,BED LARGE USE ONE PAD AS DIRECTED EVERY DAY  ACTIVE
37) VITAMIN B COMPLEX/VITAMIN C CAP/TAB TAKE ONE TABLET   ACTIVE
        BY MOUTH EVERY DAY
38) VYTORIN (EZETIMIBE/SIMVASTATN) 10/80 TAB TAKE ONE     ACTIVE
        TABLET BY MOUTH AT BEDTIME
```

Please let me know if you have any questions. Further evaluation of his medical and neurologic problems is in progress and management of his many medical problems is to sat the least difficult. Thank you.

Sincerely,

*[signature]*

Marshall Balish, MD-PhD
Asst. Chief Neurology
202-745-8144