Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA    )
                            )
            vs.             )    Criminal No. 06-26-01
                            )
PETER TURNER                )

## NOTICE OF APPEAL

Name and address of appellant:        8504 Keebler Drive
                                      Clinton, MD 20735


Name and address of appellant's attorney:   Jerry Ray Smith
                                            717 D Street, NW
                                            Suite 400
                                            Washington, DC 20004

Offense:  Conspiracy to Defraud the United States (18 USC, Section 371); Bribery (18 USC, Section 201(b)(1)).

Concise statement of judgment or order, giving date, and any sentence:

   Defendant went to trial, and the jury found him guilty of conspiracy and bribery. Defendant was sentenced to 33 months incarceration on September 7, 2007.

Name and institution where now confined, if not on bail:  Self-Surrender.

   I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

9/17/07
DATE

APPELLANT

ATTORNEY FOR APPELLANT
Jerry Ray Smith
Bar # 448695
Phone # (202) 347-6101

|                      |   |
|----------------------|---|
| GOVT. APPEAL, NO FEE |   |
| CJA, NO FEE          | ✓ |
| PAID USDC FEE        |   |
| PAID USCA FEE        |   |

Does counsel wish to appear on appeal?                    YES ☐    NO ✓
Has counsel ordered transcripts?                          YES ☐    NO ✓
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES ☐    NO ✓