HONORABLE COLLEEN KOLLAR-KOTELLY

UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

ORDER TO SURRENDER

NOV 1 3 2007

UNITED STATES OF AMERICA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

vs.

Peter Turner                    Docket No.: CR 06-026-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that <u>Peter Turner</u> having been sentenced, on September 7, 2007, in the above case to the custody of the Bureau of Prisons, surrender herself to the Bureau of Prisons by reporting to <u>FCI Butner</u>, in <u>Butner, NC</u> by 2 p.m., on <u>November 29, 2007</u>.

_Nov. 11, 2007_
Date

_(signature)_
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_(signature)_                                   _(signature)_
**ATTORNEY/U.S. PROBATION OFFICER**           **DEFENDANT**

Revised 6-2004

Note: To self-surrender after October 14, 2007.