UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES OF AMERICA, )
)
Appellee, )
)
v. ) No. 06-CR-00026
**FILED** )
PETER R. TURNER, )
NOV 29 2007 )
Appellant )
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT )
)

*Let this be filed.*
*Judge C Kollar-Kotelly*
*Nov. 29, 2007*

## NOTICE OF DEFENDANT'S EARLY SURRENDER AND UNOPPOSED MOTION FOR RELEASE PENDING FURTHER PROCEEDINGS

On November 21, 2007, Defendant Peter R. Turner, by and through undersigned counsel,[1] filed a motion for release pending appeal in the United States Court of Appeals for the District of Columbia Circuit, No. 07-3107. On November 28, 2007, the Court of Appeals entered an order staying this Court's September 7, 2007 and November 13, 2007 orders, which required Mr. Turner to report to Federal Correctional Institution Butner in Butner, North Carolina on November 29, 2007, pending this Court's consideration of Mr. Turner's application for release pending appeal. A copy of the Court of Appeals order is attached as Exhibit 1.

When counsel attempted to advise Mr. Turner of the Court of Appeals order, counsel learned, for the first time, that Mr. Turner had reported to the Butner Federal Correctional Complex at approximately 2:40p.m. on November 28 -- one day early -- at which time he was referred to Federal Medical Center Butner ("FMC Butner"). The

---
[1] Undersigned counsel was appointed to represent Mr. Turner in his appeal pending before the United States Court of Appeals for the District of Columbia Circuit, No. 07-3107, on November 2, 2007.

friend of Mr. Turner who drove him to Butner explained that Mr. Turner reported early for logistical reasons: the friend, who drives a van that can accommodate Mr. Turner's wheelchair, was able to drive Mr. Turner to Butner on November 28, but not on November 29.[2] Mr. Turner was processed and assigned inmate number 28517-016. He now is in the custody of the FMC Butner, which advised counsel last night that it cannot release Mr. Turner unless and until the United States Marshals Service receives an order authorizing it to do so.

In light of the Court of Appeals order, Mr. Turner respectfully requests that this Court issue an expedited order directing the United States Marshals Service to release Mr. Turner from FMC Butner immediately. Undersigned counsel has conferred with counsel for the United States, who does not oppose this request.

                            Respectfully submitted,

                            */s/ Michele J. Woods*
                            Michele J. Woods (D.C. Bar No. 426137)
                            Arthur Luk[*] (D.C. Bar No. 973787)
                            ARNOLD & PORTER LLP
                            555 Twelfth Street, N.W.
                            Washington, D.C. 20004-1206
                            (202) 942-5000

November 29, 2007            *Pro Bono Counsel for Peter Turner*
                                        *Appointed by the District of Columbia*
                                        *Court of Appeals*

---

[2] Undersigned counsel is exploring arrangements to retrieve Mr. Turner as soon as he is released.

[*] Admission to the District Court for the District of Columbia pending attendance of a December 3, 2007 admission ceremony.

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Defendant's Early Surrender and Unopposed Motion for Release Pending Further Proceedings was served upon the following by electronic mail:

Daniel A. Petalas, Esq.
United States Department of Justice
Public Integrity Section
U.S. Department of Justice
1400 New York Avenue, NW
Bond Building, 12th Floor
Washington, D.C.  20005
Dan.Petalas@usdoj.gov

I further certify that I caused copies of the foregoing to be served upon Mr. Petalas and

Roy Wallace McLeese, III, Esq.
U.S. Attorney's Office
Criminal Appellate Division
555 4th Street, NW
Washington, DC  20530

by United States mail.

_____
Arthur Luk