FILED

NOV 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

# EXHIBIT 1 – CR 06-26

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-3107**     **September Term, 2007**
06cr00026-01

Filed On:

United States of America,
    Appellee

v.

Peter R. Turner,
    Appellant



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  NOV 28 2007

CLERK

**BEFORE:** Randolph, Rogers, and Griffith, Circuit Judges

### ORDER

Upon consideration of the motion for release pending appeal, the response thereto, and the reply, it is

**ORDERED**, on the court's own motion, that the district court's orders filed September 7, 2007 and November 13, 2007, be stayed pending further order of this court. This administrative stay should not be construed in any way as a ruling on the merits of appellant's motion for release pending appeal filed in this court. The purpose of the administrative stay is to allow appellant an opportunity to apply to the district court, in the first instance, for release pending appeal. Any such motion must be filed with the district court by Thursday, December 6, 2007. It is unclear from the record whether the district court is aware of three letters, all written after appellant was sentenced, from doctors who treated appellant. See attachments 4-6 of the November 21, 2007 motion for release pending appeal. These letters suggest that appellant's condition may be deteriorating, thus casting doubt on the determination that appellant's ailments are "under control." See U.S.S.G. § 5H1.1; U.S.S.G. § 5H1.4; 18 U.S.C. § 3553(a)(2)(D).

The Clerk is directed to transmit a copy of this order to the district court forthwith.

**Per Curiam**

ARR/*signature*
JWR/*signature*
TBG/*signature*