NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal Number 06-CR-00026 |
| | ) | |
| PETER R. TURNER, | ) | |
| | ) | |
| Defendant. | ) | |

To: Nancy Mayer-Whittington, Clerk

You are hereby notified that the undersigned appear for the defendant indicated above in the entitled action, for the limited purpose of representing defendant in his application for release pending appeal.

We are appearing in this action as pro bono counsel appointed by the United States Court of Appeals for the District of Columbia Circuit.

Dated:  December 6, 2007
          Washington, DC

/s/
Michele J. Woods (D.C. Bar No. 426137)
Arthur Luk (D.C. Bar No. 973787)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C.   20004-1206
(202) 942-5000

*Pro Bono Counsel for Peter R. Turner*
*Appointed by the U.S. Court of Appeals*
*for the District of Columbia Circuit*