**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA    )<br>                                                              )<br>           Plaintiff,                            )<br>                                                              )<br>     v.                                             )<br>                                                              )<br>PETER R. TURNER,                   )<br>                                                              )<br>           Defendant.                        )<br>_____) | Criminal No. 06-CR-00026 (CKK) |

**NOTICE OF APPEARANCE**

To:   Nancy Mayer-Whittington, Clerk

   Please take notice that the undersigned is appearing as additional counsel for the United States of America in the above captioned matter.

Dated:  December 6, 2007
         Washington, D.C.

                                                                    s/Edward P. Sullivan
                                                                    Edward P. Sullivan
                                                                    Trial Attorney
                                                                    Public Integrity Section
                                                                    Criminal Division
                                                                    United States Department of Justice
                                                                    1400 New York Avenue, NW
                                                                    Washington, D.C. 20530
                                                                    202-514-1412