

**DEPARTMENT OF VETERANS AFFAIRS**
Medical Center
50 Irving Street NW
Washington DC 20422

9/26/07

To Whom It May Concern:

Mr. Peter Turner is followed in the neurology clinic at the Washington VA Medical Center. He is under treatment for multiple serious medical problems. As I have written before, He will not improve from these and is progressing in fact. Further evaluation including CAT scans of his chest and MRI of the brain and a stress test (to assess his chest pain) are required to further assess him for these serious medical conditions.

He is not been able to walk without a walker. He has severe neuropathy and weakness in the legs, loss of sensation and can not walk. He has incomplete control of his urine and bowels and the question has been raised of lupus. His problems are additionally delineated below.

He has refractory asthma requiring use of steroids and multiple inhalers – he comes to the clinic twice a day for treatments of this.

He has sleep apnea and requires the use of CPAP and oxygen at night. At times his breathing is bad enough to prevent him from leaving his house. This has certainly been the case in the past weeks. He must stop after walking a short distance since he may get short of breath and dizzy.

He has a history of head trauma and post traumatic stress disorder (PTSD) with resultant chronic headaches and in the past seizures. This interferes with his memory and he is on many medications for this that also may slow down his thinking. The medications include high doses of gabapentin, carbamazepine and Zoloft (sertraline). Again at times the PTSD is severe enough to prevent him from wanting or being able to leave the house. External stressors worsen this and may it more difficult to manage his medical problems.

He has congestive heart failure and is on multiple medications for this which also contributes to his difficulty breathing.

He has gout and degenerative joint disease and is on medications for this including narcotics (percocet) when the other antiinflammatory and gout medications do not work. He has swelling and pain and limitation of movement of multiple joints.

He has diabetes and is on medications for this though it is still not adequately controlled. This has caused damage to his peripheral nervous system and likely kidneys as well.

He has hypertension and is on medications for this.

He has elevated cholesterol also requiring medications.

He has a progressive neurologic syndrome with tremor and myoclonus and is more and more impaired. He needs further evaluation for this including CT of the chest abdomen and pelvis and MRI of the brain. He has been issued a motorized wheel chair to allow some mobility.

His medical problems are serious and severely limiting and permanent.

I have appended a list of his medications here:

Active Outpatient Medications (including Supplies):

Active Outpatient Medications                Status

1) ALBUTEROL 90/IPRATROP 18MCG 200D PO INHL INHALE TWO   for asthma
   PUFFS BY INHALATION EVERY SIX HOURS FOR SHORTNESS
   OF BREATH
2) ALENDRONATE 70MG ONCE WEEKLY TAB TAKE ONE TABLET BY   for bones
   MOUTH WEEKLY IN THE MORNING 30 MINUTES BEFORE
   FOOD/DRINK
3) ASCORBIC ACID 500MG TAB TAKE TWO TABLETS BY MOUTH    ACTIVE
   TWICE A DAY
4) ASPIRIN 325MG EC TAB TAKE 1 TABLET(S) BY MOUTH EVERY  to prevent heart attack
   DAY
5) CALCIUM CARBONATE 650MG (CA 260MG) TAB TAKE ONE       for bones
   TABLET BY MOUTH TWICE A DAY TAKE OTHER MEDICATIONS
   ONE HOUR BEFORE USAGE
6) CARBAMAZEPINE (TEGRETOL) 200MG TAB TAKE ONE TABLET BY for seizures
   MOUTH THREE TIMES A DAY
7) COLCHICINE 0.6MG TAB TAKE ONE TABLET BY MOUTH TWICE A for gout
   DAY AS NEEDED ** FOR GOUT **
8) DIAZEPAM 5MG TAB TAKE ONE TABLET BY MOUTH AS DIRECTED  ACTIVE
   **DO NOT TAKE WITH GRAPEFRUIT JUICE** TAKE 2 TABS
   30 MIN PRIOR TO MR AND 1 JUST PRIOR TO MR
9) DIGOXIN (LANOXIN) 0.25MG TAB TAKE ONE TABLET BY MOUTH for heart failure
   EVERY DAY FOR HEART. **PHONE IN MAIL REFILLS AT 202
   745 4046**
10) DILTIAZEM HCL 120MG SA CAP TAKE ONE CAPSULE BY MOUTH for high blood pressure

   TWICE A DAY FOR HIGH BLOOD PRESSURE. **SAME AS
   TIAZAC**
11) DM 10/GUAIFENESIN 100MG/5ML SYRUP TAKE 2        for cough
    TEASPOONSFULS BY MOUTH EVERY SIX HOURS AS NEEDED **
    FOR COUGH **
12) FLUOCINONIDE 0.05% OINT APPLY SPARINGLY AFFECTED AREA  for rash
    TWICE A DAY
13) FLUTICAS 250/SALMETEROL 50 INHL DISK 60 INHALE ONE  for asthma
    INHALATION BY INHALATION TWICE A DAY **RINSE MOUTH
    AFTER USE**
14) FUROSEMIDE 80MG TAB TAKE TWO TABLETS BY MOUTH TWICE A  for heart failure
    DAY ** FOR FLUID **
15) GABAPENTIN 300MG CAP TAKE THREE CAPSULES BY MOUTH  for pain
    THREE TIMES A DAY
16) GUAIFENESIN 600MG SA TAB TAKE 1 TABLET(S) BY MOUTH  for cough
    EVERY DAY
17) HYDROPHILIC OINT APPLY LIBERALLY TO AFFECTED AREA  for dry skin
    EVERY DAY
18) IBUPROFEN 800MG TAB TAKE ONE TABLET BY MOUTH THREE  for pain
    TIMES A DAY AS NEEDED WITH FOOD FOR PAIN. **PHONE
    IN MAIL REFILLS AT 202 745 4046**
19) INSULIN NPH HUMAN INJECT 50 UNITS UNDER THE SKIN  for diabetes
    EVERY MORNING AND INJECT 50 UNITS EVERY NIGHT FOR
    DIABETES. **PHONE IN MAIL REFILLS AT 202 745 4046**
20) LISINOPRIL 40MG TAB TAKE ONE-HALF TABLET BY MOUTH  for high blood pressure
    DAILY FOR HIGH BLOOD PRESSURE. **PHONE IN MAIL
    REFILLS AT 202 745 4046**
21) METOLAZONE 2.5MG TAB TAKE ONE TABLET BY MOUTH TWICE A  for heart failure
    DAY
22) MOISTERIZING CREAM APPLY LIBERALLY TO AFFECTED AREA  for dry skin
    TWICE A DAY ** FOR DRY SKIN **
23) OMEPRAZOLE 20MG SA CAP TAKE TWO CAPSULES BY MOUTH  to protect stomach
    EVERY DAY FOR STOMACH ACID. DO NOT TAKE WITH
    GRAPEFRUIT JUICE
24) ONE TOUCH ULTRA (GLUCOSE) TEST STRIP 50 USE AS  to check blood sugar
    DIRECTED TWICE A DAY (ON INSULIN) **PHONE IN MAIL
    REFILLS AT 202 745 4046**
25) ORLISTAT 120MG CAP TAKE ONE CAPSULE BY MOUTH THREE  to lose weight
    TIMES A DAY WITH MEALS
26) POTASSIUM CHLORIDE 20MEQ SA TAB TAKE TWO TABLETS BY  to replace same
    MOUTH TWICE A DAY

10/08/2007 11:05   3016142970                    TYRONE F GENERAL                         PAGE 07

27) PREDNISONE 20MG TAB TAKE THREE TABLETS BY MOUTH EVERY  FOr asthma
    DAY WITH FOOD **
28) SERTRALINE HCL 100MG TAB TAKE 1 TABLET(S) BY MOUTH    for depression/PTSD
    TWICE A DAY
29) SIMVASTATIN 80MG TAB TAKE ONE TABLET BY MOUTH AT      for cholesterol
    BEDTIME FOR CHOLESTEROL. AVOID GRAPEFRUIT JUICE.
    **PHONE IN MAIL REFILLS AT 202 745 4046**
30) SYRINGE+NEEDLE(FOR INSULIN)) USE SYRINGE UNDER THE    for diabetes
    SKIN TWICE A DAY FOR INSULIN INJECTION
31) UREA 20% CREAM APPLY LIBERALLY TO AFFECTED AREA EVERY  for dry skin
    DAY FOR DRY SKIN. **PHONE IN MAIL REFILLS AT 202
    745 4046**

Please let me know if you have any questions. Thank you.

Sincerely,

Marshall Balish, MD-PhD
Asst. Chief Neurology
202-745-8144