

# Cooper
## University Hospital — Department of Surgery, Division of Urology

PROFESSOR AND
HEAD OF DIVISION
Raul O. Parra, M.D.
ADULT UROLOGY
Joel L. Marmar, M.D.
Pascal Pironti, M.D.
Justin Harmon, D.O.
Monique Wilson, APRN-BC

Three Cooper Plaza, Suite 411
Camden, New Jersey 08103

appt: (856) 342-2270
adm: (856) 963-3577
fax: (856) 968-8457

September 18, 2007

Jerry Smith, Esquire
717 D Street
Suite 400
Washington, DC 20004

RE:  PETER TURNER

Dear Mr. Smith:

Mr. Peter Turner was first seen at this office on August 6, 2007, because of gross hematuria, which he has noted intermittently for several months. Initial examination revealed the patient to have a spastic gait with severe total body tremors. He notes that he had been exposed to Agent Orange during the Vietnam War, while he was stationed in Vietnam. As part of his work up, an ultrasound of his kidneys was performed, which showed no renal masses. A cystoscopy revealed no stones or tumors in the bladder. Follow up visits have revealed persistent sugar, protein, and blood in the urine. Blood tests have revealed significantly compromised renal function with a loss of protein in the urine continuing. It is felt that the loss of protein is due to severely compromised renal function, which is being exacerbated by severe diabetes, which has been difficult to control, despite insulin. The patient notes that he had been hospitalized approximately a month to two months before being seen at this office at the VA Hospital, where a placement of an AV shunt was considered since the nephrologist there felt that he would be in need of dialysis in the not too distant future.



UMDNJ Robert Wood Johnson Medical School

The Core Teaching Center of the
University of Medicine and Dentistry of
New Jersey, Robert Wood Johnson
Medical School at Camden.

PETER TURNER
September 18, 2007
Page Two

Due to all of these problems, the patient requires close medical supervision without which he could continue to deteriorate rapidly.

Sincerely yours,

*Pascal Pironti MD*
Pascal A. Pironti, M.D.

PP:lml