**EDWIN W. MESSEY, M.D.**
246 MILLBROOK DRIVE
WILLINGBORO, N.J. 08046
(609) 877-3386

Jerry Smith, Esq.
717 D Street NW
Suite 400
Washington D.C. 20004
202-347-6101

September 26, 2007

Re: Peter Turner

Dear Mr. Smith,

Peter Turner has multiple medical problems. He has a seizure disorder status post head injury. He has been referred to a Neurologist. He has COPD, black lung by history and has been to a Pulmonologist. He has Lupus and Gout and has been referred to a Rheumatologist. He has Diabetes, which is poorly controlled. He is on Insulin therapy and compliance is a large part of control as in all diabetics. He now has Chronic Renal Failure and was referred to a Renologist. He probably will need a kidney biopsy for definitive diagnosis. He was apparently exposed to Agent Orange while in the military service. He has a major tremor with gross shaking of his arms and hands. He has painful joints with swelling of his feet and ankles. He has a marked limp and uses a cane to walk. He also is on Prednisone for his COPD as well as Oxygen and CPAP at nighttime for sleep apnea. Mr. Turner needs continuous medical care.

Sincerely yours,

E. W. Messey M.D.