UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>PETER R. TURNER, )<br> )<br>    Defendant. ) | Criminal No. 06-26-01<br>Judge Kollar-Kotelly |

**[PROPOSED] ORDER OF RELEASE PENDING APPEAL**

Upon consideration of Peter R. Turner's Motion For Release Pending Appeal, it is hereby:

ORDERED that Mr. Turner's motion is GRANTED; and it is further

ORDERED that Mr. Turner shall remain on release on the same conditions set by Magistrate Judge Kay's February 9, 2006 and May 18, 2007 Orders [Docket Entries #8 and #98]; and it is further

ORDERED that Mr. Turner's sentence is stayed until such time as his appeal to the United States Court of Appeals for the District of Columbia Circuit is resolved.

SO ORDERED.


Dated: December ___, 2007

_____
Colleen Kollar-Kotelly
United States District Judge