UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,<br><br>　　Plaintiff,<br><br>　　v.<br><br>PETER R. TURNER,<br><br>　　Defendant. | Criminal Action No. 06-26-01 (CKK)<br><br>**FILED**<br><br>DEC 1 2 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**ORDER**
(December 12, 2007)

　　The Court has reviewed Defendant Peter R. Turner's [118] Motion for Release Pending Appeal, including the three letters written by Defendant Turner's doctors following his September 7, 2007 sentencing. The Court notes that one of the letters is dated September 18, 2007, while the other two are dated September 26, 2007, and each describes Mr. Turner's medical condition as of the time that it was written, i.e., roughly two and a half months ago. In the context of considering Mr. Turner's Motion for Release Pending Appeal, the Court would benefit from updated information regarding two issues raised in Mr. Turner's Motion and the accompanying doctor's letters: (1) the status of his diabetes, and (2) the results of the various tests referenced therein.

　　Accordingly, it is this 12th day of December, 2007, hereby

　　**ORDERED** that, on or before January 4, 2008, Defendant Turner shall provide the Court with updated information, to the extent it is available, regarding the status of his diabetes and the results of the various tests referenced in Mr. Turner's Motion and the accompanying doctor's letters, as well as any other notable information regarding his medical condition. Such

information shall be presented in the form of doctors' reports, rather than representations by Mr. Turner's attorneys.

**SO ORDERED**.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge