UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES,

   Plaintiff,

   v.

PETER R. TURNER,

   Defendant.

Criminal Action No. 06-26-01 (CKK)

**FILED**

JAN 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**
(January 28, 2008)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 28th day of January, 2008, hereby

**ORDERED** that Defendant Turner's [118] Motion for Release Pending Appeal is DENIED.

   **SO ORDERED**.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge

