# United States Court of Appeals
### For The District Of Columbia Circuit

---

**No. 07-3107**  **September Term, 2007**
06cr00026-01

**Filed On:**

United States of America,
    Appellee

v.

Peter R. Turner,
    Appellant

**FILED**
APR 1 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  MAR - 5 2008

**CLERK**

**BEFORE:** Henderson, Rogers, and Kavanaugh, Circuit Judges

### ORDER

Upon consideration of the motion for release pending appeal and supplement, the response thereto, and the reply; this court's order filed November 28, 2007, granting an administrative stay; and appellant's notice of district court order filed January 28, 2008, and supplemental filing in further support of appellant's motion for release pending appeal, it is

**ORDERED** that the administrative stay be dissolved. It is

**FURTHER ORDERED** that the motion for release pending appeal be denied. Appellant has not shown that his appeal presents a substantial question of law or fact likely to result in a sentence that does not include a term of imprisonment or a sentence of imprisonment that is less than the expected duration of the appeal. See 18 U.S.C. § 3143(b). Nor has appellant shown that the district court's findings as to his medical condition were, in light of the medical evidence of record, clearly erroneous. See, e.g., U.S. v. Brooke, 308 F.3d 17, 22 (D.C. Cir. 2002).

Appellant's request for a deferred reporting date, to obtain medical records and arrange for transportation, is referred to the district court for consideration.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/ Linda

Deputy Clerk/LD