UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>     Plaintiff,  )<br>  )      Criminal No. 06-26-01<br>        v.  )      Judge Kollar-Kotelly<br>  )<br>PETER R. TURNER,  )<br>  )<br>     Defendant.  ) | |

**PETER R. TURNER'S REQUEST FOR MAY 15, 2008 SURRENDER DATE**

In response to this Court's April 15, 2008 Order, Peter R. Turner respectfully requests until May 15, 2008 to report to the custody of the Bureau of Prisons. Mr. Turner has informed undersigned counsel that he has arranged for transportation on that date, and that he will have completed all currently scheduled medical appointments and attempted to collect his medical records by then. Mr. Turner also informs undersigned counsel that a May 15, 2008 reporting date will allow him to complete the transfer of the title to his home to his wife Mrs. Eddie Turner (from whom he is separated), which will help him to avoid foreclosure.

Undersigned counsel has conferred with counsel for the Government, who does not object to the proposed May 15, 2008 reporting date for Mr. Turner.

Respectfully submitted,

_____/s/_____
Michele J. Woods (D.C. Bar No. 426137)
Arthur Luk (D.C. Bar No. 973787)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000

*Pro Bono Counsel for Peter R. Turner*
*Appointed by the U.S. Court of Appeals*
*for the District of Columbia Circuit*

2

**CERTIFICATE OF SERVICE**

I certify that on April 21, 2008, by agreement of counsel, the foregoing Peter R. Turner's Request for May 15, 2008 Surrender Date was served upon the following by electronic mail:

Daniel A. Petalas, Esq.
Ann C. Brickley, Esq.
United States Department of Justice
Public Integrity Section
U.S. Department of Justice
1400 New York Avenue, NW
Bond Building, 12th Floor
Washington, D.C.  20005


_____/s/_____
Arthur Luk